AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
APR 20 2023
LAURA A. AUSTIN, CLERK
BY: A. Meade
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
Rodney Allen PICKETT

*Defendant(s)*

Case No. 2:23mj12

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Feb. 2022 to Mar. 2023 in the county of Wise in the Western District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 846 & 841(b)(1)(A) | Knowingly and intentionally conspiring to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance. |
| 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) | Knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance. |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking offense. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Ryan Temm, Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/20/23

Pamela Meade Sargent
*Judge's signature*

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*