CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
APR 20 2023
LAURA A. AUSTIN, CLERK
BY: A. Meade
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division

UNITED STATES OF AMERICA )
v. )
) Case No. 2:23mj12
James "JT" Thomas GREEN )
Gabriel Allen BENTLEY )
Roderick Chance THOMAS-KIRBY )
Rodney Allen PICKETT. )
Defendants )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Ryan C. Temm, a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, assigned to the Bristol, Virginia Field Office, having been duly sworn, deposes and states as follows:

## INTRODUCTION

1. I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, and I am empowered by law to conduct investigations and to make arrests for the offenses enumerated in Section 2516 of Title 18.

2. I am a Senior Special Agent (SSA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed for approximately fourteen and a half (14.5) years. I received my training with the Federal Law Enforcement Training Center (FLETC) and the ATF at the National Academy in Brunswick, Georgia. At the ATF National Academy, we trained in various investigative techniques, including the preparation of a proper criminal complaint and arrest warrant. Since becoming a

Special Agent with ATF, I have participated in numerous search and arrest warrants. I have a Bachelor of Arts Degree in Criminal Justice from The George Washington University and a Master of Public Administration from the University of North Carolina at Charlotte. I also successfully completed a basic law enforcement academy with the Charlotte-Mecklenburg Police Department and served nearly eight years as a police officer.

3. During my tenure in law enforcement, I have become familiar with the manner and methods criminals use to manufacture, possess, and distribute firearms and narcotics.

4. The information contained in this affidavit is based on my personal observations, observations of other law enforcement officers, observations of Confidential Informants (CI) and Cooperating Sources (CS) as related to me, my review of official police and government reports, and consultation with other agents/officers involved in the investigation. The information contained in this affidavit is provided for the limited purpose of establishing probable cause for arrest. The information is not a complete statement of all the facts related to this case.

## INITIAL SUMMARY OF THE INVESTIGATION

5. In 2022, law enforcement in Wise County, Virginia began to develop information regarding the distribution of crystal methamphetamine (meth) within the community by GREEN, BENTLEY, THOMAS-KIRBY, PICKETT, and others. From February 2022 until the present, federal, state, and local law enforcement officers have made arrests, conducted interviews, and executed controlled purchases of methamphetamine from GREEN, THOMAS-KIRBY, PICKETT, and others engaged in a conspiracy to distribute methamphetamine.

6. This affidavit is submitted in support of probable cause for the issuance of an arrest warrant for GREEN, for violations of 21 U.S.C. §§ 846 & 841(b)(1)(A); an arrest warrant for BENTLEY for violations of 21 U.S.C. §§ 846 & 841(b)(1)(A) and 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A); an arrest warrant for THOMAS-KIRBY for violations of 21 U.S.C. §§ 846 & 841(b)(1)(A), 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A), and 18 U.S.C. § 924(c); an arrest warrant for PICKETT for violations of 21 U.S.C. §§ 846 & 841(b)(1)(A), 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 924(c).

7. **On February 3, 2022,** the Southwest (VA) Drug Task Force (SWDTF) based in Big Stone Gap, VA used a confidential informant (CS1) to purchase 1 gram of methamphetamine (meth) for $70 from James GREEN. The drugs were sent to the Virginia Department of Forensic Science Laboratory which determined it to be 1.359 grams of methamphetamine. The controlled buy was audio and video recorded and took place in Pennington Gap, Virginia.

8. **On December 8, 2022,** WCSO Deputy Nathaniel Baker was responding to a domestic situation in Appalachia. While responding his lights and siren were activated. He got behind a black Jeep Cherokee driving recklessly. The vehicle failed to cede the right of way and started to pull away as if trying to elude. The vehicle eventually stopped at the Valero in Appalachia. Upon approaching the vehicle, the driver identified himself as Gabriel BENTLEY; he stated he did not have a driver's license. He attempted to give Deputy Baker his brother's social security number. BENTLEY's license was revoked, DUI related. The vehicle was towed per Virginia Code and held for 30 days. BENTLEY was issued a summons and released. At that

time an inventory of the vehicle was performed. During the inventory a black and silver box was located under the driver's seat. The box was opened and inside was a box for a Microtech knife. Inside of the Microtech box were 3 bags containing a chunky crystal-like material that appeared to be methamphetamine. BENTLEY was taken into custody for possession of methamphetamine. A further search of the vehicle revealed plastic baggies and a scale.

9. The meth seized during BENTLEY's December 8, 2022, vehicle stop was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 48.05 grams +/- 2.98 grams (amount pure substance) of 97% (+/-6%) pure methamphetamine.

10. **On January 11, 2023**, at ATF Task Force Officer (TFO) Larry Mullins, Wise County Sheriff's Office Sergeant Myles Cote and I interviewed CS2. CS2 stated he/she last used methamphetamine 5 hours before the interview.

11. CS2 stated J.T. GREEN (James Thomas GREEN) was coming to his/her residence in Big Stone Gap, VA, on January 11, 2023. CS2 stated on January 11, 2023, GREEN contacted him/her at approximately 12:00 p.m. CS2 stated GREEN said he was on his way from where he lives in Tennessee with 5 ounces of methamphetamine. CS2 stated GREEN said he should arrive at his/her residence at approximately 4:00 p.m.

12. CS2 stated he/she met GREEN through Farren Clark. CS2 stated he/she started buying methamphetamine from GREEN two or three months ago. CS2 stated the first time he/she and Kenny Bishop purchased an ounce of methamphetamine from GREEN. CS2 stated the second time he/she went with Kenny Bishop, and he purchased 3 ounces from GREEN. CS2 stated approximately ten more times he/she

purchased an ounce each time himself/herself and one to two ounces at a time with other people. CS2 stated he/she pays GREEN $300 per ounce.

13. CS2 stated approximately a week ago GREEN was at his/her residence with 12 ounces of methamphetamine. CS2 stated GREEN sells methamphetamine from his/her residence and in exchange, GREEN gives him/her methamphetamine. CS2 stated GREEN sold 5 of the 12 ounces of methamphetamine. CS2 stated while selling he used some methamphetamine with him/her, Angela Sproles, and Megan Kiser. CS2 stated Kenny Bishop from Jasper, VA purchased 3 ounces at $450 per ounce. CS2 stated Farren "BB" Clark and Tia Woliver purchased an ounce for $450. CS2 stated Angela Sproles purchased an ounce for $400.

14. CS2 stated GREEN was at his/her residence until 3:00 a.m. this morning. CS2 stated GREEN fronted Megan Kiser 1 ounce of methamphetamine for $450. CS2 stated Kiser gave GREEN an ounce of marijuana valued at $120 toward the $450 before she left. CS2 stated 2 of the 5 ounces of methamphetamine GREEN is bringing is for Megan Kiser.

15. CS2 stated GREEN supplies the following people: Shane Holbrook Appalachia, VA; Keith and Marsha Ritchie Stickleyville, VA; Hailee Mann Lee Co. VA; Cassie Scardo Appalachia, VA; Jordan Short; Justin Funk BSG, VA.

16. CS2 stated around December 2022 GREEN was driving a silver Eclipse. CS2 stated GREEN picked him/her up in the car from his/her residence. CS2 stated GREEN had a black and silver Taurus 9mm handgun in the vehicle console.

17. CS2 stated GREEN goes to the motel in Duffield, VA and delivers methamphetamine to Holden Burke and Sam Smith who live there. CS2 stated GREEN must be

delivering an ounce or more at a time, because GREEN does not like to gram it out. CS2 stated GREEN sometimes will sell half ounces.

18. CS2 stated "RJ" from Michigan supplies GREEN with methamphetamine. CS2 stated once GREEN sells the methamphetamine, he brings the money back to RJ. CS2 stated once RJ gets the money, he travels back to Michigan to pick up more methamphetamine.

19. CS2 stated when he/she was at GREEN's residence in Tennessee, RJ was also present. CS2 stated while there a guy came in wanting to buy heroin. CS2 stated RJ stuck a gun in the guy's face.

20. CS2 stated GREEN may be traveling with Tristan Fultz.

21. **On January 12, 2023,** the SWDTF used a confidential informant (CS3) to purchase 1 ounce of methamphetamine (meth) for $475 from James GREEN. The controlled buy was audio and video recorded and took place in Wise, Virginia. The meth was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 27.88 grams +/- 1.76 grams (amount pure substance) of 95% (+/- 6%) pure methamphetamine.

22. **On January 12, 2023,** WCSO Deputy Cody Sturgill was sitting stationary in Big Stone Gap on East 5th street when a Dodge Avenger drove by with loud exhaust. He pulled out and got behind the car and ran the tag. He activated his emergency lights on East 5th St to conduct a traffic stop. The vehicle slowed down to under 10mph but did not stop. While behind the vehicle Deputy Sturgill could see two people in the car moving around appearing to put stuff in the back seat. The vehicle went to pull into a gravel lot on East 5th St. but gave it gas and sped up. Deputy Sturgill activated his

siren and told dispatch he was in pursuit. During the pursuit the vehicle went around a curve on Kent Junction where the driver lost control and ran into a hillside head on. The vehicle flipped and slid on its top down the road while spinning. WCSO Deputies Sturgill and Stacy and BSGPD Officer Carter held the occupants at gun point until other law enforcement officers could arrive. Once others arrived, Deputy Sturgill helped the driver, Gabriel BENTLEY, out of the car and placed him into custody for eluding. Dispatch stated they also had an active warrant for BENTLEY. Deputy Sturgill read BENTLEY his rights and searched his person. He found a small brown case with a small clear baggie with a white powdery substance in it. Deputy Sturgill asked BENTLEY why he did not stop, BENTLEY stated he felt like it was the right thing to do at the time. Deputy Sturgill searched a book bag that came out of the car. He found a locked black container, some glass meth pipes, and in the driver's floorboard, a clear bag containing a white crystal substance.

23. **On January 12, 2023,** ATF TFO Larry Mullins and Wise County Sheriff's Office Deputy Scotty Phillips interviewed Gabriel BENTLEY. BENTLEY was presented a Waiver of Rights/Miranda form and the interview was audio recorded. BENTLEY stated he last used methamphetamine at approximately 11:30 a.m. (interview time 8:24 p.m.). BENTLEY stated the methamphetamine found in the vehicle he was driving belonged to him not Shannon Mullins. Shannon Mullins was the passenger in the vehicle BENTLEY was driving. BENTLEY stated the vehicle belonged to his mother.

24. BENTLEY stated the lock box found inside the vehicle was given to him by Rodney

PICKETT. BENTLEY stated there was approximately a ¼ pound of methamphetamine and some marijuana in the lock box. BENTLEY stated the methamphetamine found on his person and in the vehicle came from the amount inside the lock box. BENTLEY stated the bigger bag found in the driver's side floor of his vehicle was 2 ounces of methamphetamine. BENTLEY stated he weighed it out and was going to deliver it to a female who was going to pay him $1,000. BENTLEY stated he did not have time to package the rest for sale before he was arrested. BENTLEY stated the reason law enforcement did not find any money was because he did not have the methamphetamine very long. BENTLEY stated the lock box, all the methamphetamine, and marijuana came from Rodney PICKETT. BENTLEY stated PICKETT lived next to a trailer court. BENTLEY stated PICKETT's address was 1030 East Front Street, Coeburn, Virginia.

25. BENTLEY stated he started moving bigger weight for PICKETT after he was released from Duffield Jail on November 5, 2022. BENTLEY stated he started getting a couple ounces of meth for $500 each from PICKETT for about two weeks. BENTLEY stated he started buying a ¼ pound of methamphetamine from PICKETT for $1,600 once or sometimes more a week. BENTLEY stated he started buying a ½ pound of methamphetamine for $2,800 from PICKETT. BENTLEY stated he has purchased a ½ pound three different times from PICKETT starting in December 2022 until now. BENTLEY stated the ¼ pound he was arrested with was part of the third ½ pound. BENTLEY stated when he went to PICKETT to get the third ½ pound PICKETT only had a ¼ pound. BENTLEY stated he later went back to PICKETT

and got the remaining ¼ pound that he was arrested with. BENTLEY stated all the ¼ and ½ pounds of methamphetamine he got were fronted to him by PICKETT.

26. BENTLEY stated James LNU from Tazewell, Virginia is supplying PICKETT with methamphetamine.

27. BENTLEY stated a couple weeks ago he saw PICKETT with approximately 2 kilos of methamphetamine at the East Front Street residence. BENTLEY stated PICKETT reups with methamphetamine on average once a week. BENTLEY stated James is not licensed and uses a licensed driver to bring him to PICKETT's residence.

28. BENTLEY stated PICKETT supplies the following people with methamphetamine: Chasity Holbrook, James LaForce, Daniel LNU, and Jamie Johnson.

29. BENTLEY stated during the times he picked up the ¼ and ½ pounds of methamphetamine he saw firearms inside PICKETT's East Front Street residence. BENTLEY described the firearms as AR platform rifles and other rifles. BENTLEY stated he did not know the make or caliber of the rifles.

30. BENTLEY stated PICKETT has motion activated video cameras and regular video cameras with lights mounted outside the residence. BENTLEY stated PICKETT knows when someone is outside soon after they arrive. BENTLEY stated PICKETT has cameras mounted inside the residence as well.

31. BENTLEY stated James travels from Tazewell and sometimes stays with Joe LNU.

32. BENTLEY stated he mostly sells methamphetamine in larger amounts. BENTLEY stated when selling smaller amounts, he tries to sell no less than an 8-ball. BENTLEY stated he has sold $30 and $40 bags.

33. BENTLEY stated the combination to the lock box PICKETT gave him is 666.

BENTLEY stated PICKETT set the combination on the lock box and then told him what it was.

34. BENTLEY stated the reason he fled from the deputy was because he was wanted and had all that dope in the vehicle.

35. **On January 26, 2023**, ATF TFO Larry Mullins secured and executed a state search warrant on the locked black container possessed by BENTLEY during the January 12, 2023, vehicle pursuit (see ¶ 22 above). An inventory of items found in the box include, among other items: suspected methamphetamine, syringes, scales, and baggies.

36. The meth seized during BENTLEY's January 12, 2023, pursuit was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 138.26 grams +/- 8.64 grams (amount pure substance) of 96% (+/-6%) pure methamphetamine.

37. **On January 16, 2023**, ATF TFO Larry Mullins and WCSO Deputy Alex Stallard interviewed James Thomas GREEN. GREEN was presented a Waiver of Rights/Miranda form and the interview was audio recorded. GREEN was arrested by WCSO deputies on January 16, 2023, at the Comfort Inn in Big Stone Gap, VA. GREEN stated he last used methamphetamine on January 15, 2023, at approximately 10:15 p.m.

38. GREEN stated his source for methamphetamine is from Detroit, Michigan and is known only as "RJ". GREEN described RJ as a black male with neck length dread locks. GREEN stated he has known RJ for about 6 months. GREEN stated he met RJ through Alexis Woods from Greeneville, TN.

39. GREEN stated he started buying meth from Woods just prior to July 2022. GREEN stated he first was purchasing ounces from Woods paying $300-350 per ounce. GREEN stated he started purchasing a ¼ pound of meth for $1,200 from Woods. GREEN stated he purchased a ¼ pound of meth four different times over a month from Woods. GREEN stated during this time is when he met RJ. GREEN stated RJ was supplying Woods with the meth he was buying. GREEN stated he only purchased meth from Woods for about a month.

40. GREEN stated he started dealing with RJ about August 2022. GREEN stated RJ fronted him 4 ounces of meth and he later paid RJ $1,200. GREEN stated he continued to purchase 4 to 10 ounces of meth on average twice a week paying $300 per ounce. GREEN stated he continued at this rate until the current date. GREEN stated RJ always fronted him the meth. GREEN stated the most meth he has seen RJ bring from Michigan is 15 to 20 pounds. GREEN stated all the times he has known RJ to bring meth from Michigan, RJ has only brought it to his house and stayed with him three different times. GREEN stated RJ brings the meth in the form of what RJ calls a "brick". GREEN stated the meth is solid in shape and about the size of a brick. GREEN stated the bricks are shrink-wrapped. GREEN stated the three times RJ has been to his residence, each time RJ had between 15 to 20 pounds.

41. GREEN stated during some of the meth purchases he made, RJ was armed with a black 9mm Glock.

42. GREEN stated RJ has traveled with him to Wise and Lee Counties.

43. GREEN stated he met Rodney PICKETT through Tristan Fultz about two weeks ago at PICKETT's residence. GREEN stated while at PICKETT's residence he purchased

a ¼ pound of meth for $1,700 from PICKETT. GREEN stated while at the residence he saw PICKETT with approximately 10 pounds of meth. GREEN stated this is the only purchase and visit he has had with PICKETT. GREEN stated while at the residence he saw no firearms.

44. GREEN stated the money deputies arrested him with is owed to RJ for 7 ounces of meth that was fronted to him. GREEN stated he owes RJ $2,100 and the money he has is only around $1,600.

45. Law enforcement identified RJ as Roderick Chance THOMAS-KIRBY.

46. **On January 19, 2023,** the SWDTF used a confidential informant (CS4) to purchase 3.5 grams of methamphetamine (meth) for $100 from Rodney PICKETT. The controlled buy was audio and video recorded and took place at PICKETT's residence in Coeburn, Virginia. The meth was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 3.47 grams +/- 0.22 grams (amount pure substance) of 95% (+/-6%) pure methamphetamine.

47. **On January 20, 2023,** ATF TFO Larry Mullins and WCSO Deputy Ryan Vanover interviewed Tristan Fultz. Fultz was presented a Waiver of Rights/Miranda form and the interview was audio recorded.

48. Fultz stated in approximately December 2022 he met J.T. GREEN (James Thomas GREEN) through Hope Estep in Big Stone Gap, Virginia. Fultz stated GREEN asked for a ride back to Tennessee. Fultz stated he gave GREEN and Estep a ride back to GREEN's residence in Tennessee. Fultz stated after they arrived at GREEN's residence he crashed, staying the night. Fultz stated while at the residence he saw a "Hot Rail", about a point (1/10 gram) of meth ingested by smoking and snorting it at

the same time. Fultz stated before he left the residence GREEN got his cell phone number. Fultz stated GREEN called him after he had arrived back in Big Stone Gap.

49. Fultz stated "D Money" is J.T. GREEN's supplier. Fultz stated D Money is from Detroit, Michigan and is a 44th Street Blood. Fultz stated D Money's role with the Bloods is "Killer". Fultz stated D Money went to prison for killing someone.

50. Fultz stated D Money asked him to take him to Detroit to take approximately $9,000 to his mother. Fultz stated the trip to Detroit was about three weeks ago approximately on December 31, 2022. Fultz stated D Money said he would give him $150, gas money, and an 8 ball of meth for the trip. Fultz stated when they first arrived in Detroit, he assumed D Money dropped the money off. Fultz stated D Money did not pick up any meth while they were in Detroit. Fultz stated while they were in Detroit, D Money gave him a ½ gram of mushrooms.

51. Fultz stated in early January 2023 he went back to GREEN's residence in Tennessee. Fultz stated while at the residence he saw 6 ounces of meth. Fultz stated he knew it was 6 ounces because he overheard a conversation between GREEN and D Money. Fultz stated he heard them saying it was two over a ¼ pound. Fultz stated he remembers Hope Estep also being at the residence.

52. Fultz stated in early January 2023 he went back a second time to GREEN's residence. Fultz stated while at the residence D Money removed some meth from behind the refrigerator. Fultz stated D Money was talking to someone on a cell phone. Fultz stated D Money advised someone during the call he put "Fetty" on it. Fultz stated he thought D Money meant carfentanil. Fultz stated D Money always keeps carfentanil on him.

53. Fultz stated approximately two weeks ago he, D Money, GREEN, and two unknown females were all at GREEN's residence in Tennessee. Fultz stated while there, D Money pulled out what he thought was a kilo of meth and laid it on the table.

54. Fultz stated on one occasion D Money let him hold $5,000. Fultz stated D Money said if he stuck with him, half of the money was his.

55. Fultz stated he drove D Money to Sandy Ridge in Wise County, Virginia. Fultz stated he took D Money with him to meet Sky Jordan. Fultz stated Jordan gave him a belt as a gift. Fultz stated while they met with Jordan no drugs were exchanged. Fultz stated later he and D Money picked up GREEN. Fultz stated while they were driving around, he saw D Money with 2 grams of carfentanil.

56. Fultz stated he has never seen D Money with a gun. Fultz stated D Money claimed he has an AR-15 and a firearm with a scope on it. Fultz stated D Money claimed he has a lot of guns in Detroit.

57. Fultz stated he has seen D Money sell meth to GREEN.

58. Fultz stated he was asleep in his car while GREEN was driving. Fultz stated GREEN delivered meth to someone in Ponderosa Trailer Court, East Stone Gap, Virginia.

59. **On February 2, 2023**, at the direction and under the control of the SWDTF, James GREEN purchased 4 ounces of methamphetamine (meth) for $1,500 from Roderick THOMAS-KIRBY. The controlled buy was audio and video recorded and took place in Wise, Virginia. The meth was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 58.86 grams +/- 5.36 grams (amount pure substance) of 53% (+/-5%) pure methamphetamine.

60. **On February 6, 2023,** Roderick THOMAS-KIRBY was arrested in Big Stone Gap,

Virginia. On February 5, 2023, ATF TFO Larry Mullins secured a state search warrant for the persons of THOMAS-KIRBY and the Unknown Black Male traveling with THOMAS-KIRBY. On February 6, 2023, at approximately 8:15 a.m. SWDTF Agent Storie arrived at the Country Inn Motel and RV Park located at 627 Gilley Avenue East, Big Stone Gap, VA to conduct surveillance on room 32. Human intelligence gathered by the SWDTF alleged THOMAS-KIRBY and the unknown male occupied the room. THOMAS-KIRBY and the unknown male were alleged to be armed and in possession of a sizable amount of meth.

61. At approximately 10:00 a.m. members of the WCSO Special Response Team (SRT) arrived at nearby locations. SRT was to seize THOMAS-KIRBY and the unknown male in the motel parking lot once they exited room their room.

62. At 12:12 p.m. Agent Storie observed THOMAS-KIRBY and the unknown male exit room 32 and begin walking. Agent Storie observed THOMAS-KIRBY carrying a red and white bag.

63. At approximately 12:21 p.m. SRT members arrived at the Country Inn Motel and RV Park and took Roderick Chance THOMAS-KIRBY and the unknown male into custody.

64. ATF TFO Mullins photographed and collected the red bag with carry handles decorated with a white emblem and writing THOMAS-KIRBY was carrying.

65. On February 7, 2023, the money seized from THOMAS-KIRBY was checked to locate any money from the controlled purchase on February 2, 2023 (¶ 59 above). TFO Mullins found $1,280 of the buy money within the $8,464 located in the left front pocket of THOMAS-KIRBY's jeans during his arrest on February 6, 2023.

66. On February 7, 2023, SWDTF Agent Storie obtained a state search warrant for THOMAS-KIRBY's red bag with carry handles and decorated with a white emblem and writing (Moosejaw bag). In the bag agents found suspected methamphetamine and a 9mm Glock pistol, serial number ADXN749, with 30 round magazine.
67. The meth was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 731.6 grams +/- 50.5 grams (amount pure substance) of 84% (+/-6%) pure methamphetamine and 128.06 grams +/- 8.74 grams (amount pure substance) of 85% (+/-6%) pure methamphetamine.
68. **On February 6, 2023,** ATF TFO Larry Mullins and WCSO Captain Tim Wagner interviewed Roderick Chance THOMAS-KIRBY. The interview was audio recorded. THOMAS-KIRBY was presented a Waiver of Rights/Miranda form.
69. I had attempted to interview THOMAS-KIRBY. THOMAS-KIRBY was then placed back in the processing room located at the Wise County Sheriff's Office. TFO Mullins arrived at the processing room securing warrants for co-conspirator Justin K. Wesley Jr. (the previously unknown male with THOMAS-KIRBY). THOMAS-KIRBY advised TFO Mullins he would like to speak with Agent Temm again. TFO Mullins advised THOMAS-KIRBY Agent Temm left. TFO Mullins advised THOMAS-KIRBY he could speak with TFO Mullins. THOMAS-KIRBY agreed to speak with TFO Mullins. THOMAS-KIRBY was taken back to the interview room.
70. THOMAS-KIRBY stated he gets a percentage of the methamphetamine he sells.
71. THOMAS-KIRBY stated JT (James Thomas GREEN) came to Detroit with money, in possibly a black or blue Cadillac with graffiti on it. THOMAS-KIRBY stated GREEN came to Detroit on Tuesday (01/31/23). THOMAS-KIRBY stated he thinks

the owner of the Cadillac (possibly Tristan Fultz) is who brought GREEN. THOMAS-KIRBY stated he had no money when GREEN arrived. THOMAS-KIRBY stated he took GREEN to his connection in Detroit. THOMAS-KIRBY stated GREEN purchased four vacuumed sealed bags of methamphetamine. THOMAS-KIRBY stated there is usually between ½ pound to 1 lb. in each bag. THOMAS-KIRBY stated he was present when GREEN purchased the meth because it is his connection.

72. THOMAS-KIRBY stated he came down to Virginia from Detroit on Thursday (02/02/23). THOMAS-KIRBY stated he came down to watch the bags and sell meth for GREEN. THOMAS-KIRBY stated if he sold the meth for GREEN, he would get a couple thousand dollars.

73. TFO Mullins told THOMAS-KIRBY GREEN had made a controlled purchase of meth on February 2, 2023 (see ¶ 59) for law enforcement from him. THOMAS-KIRBY stated the money GREEN used Thursday to pay him is combined in the money that was found on him during his arrest today.

74. THOMAS-KIRBY stated there is meth in the red bag he was carrying out of the motel room just

before his arrest today. THOMAS-KIRBY stated he thinks there is more than 2 ounces in the red bag. THOMAS-KIRBY stated the meth is not his.

75. THOMAS-KIRBY stated there is a gun in the red bag. THOMAS-KIRBY stated it is a Glock. THOMAS-KIRBY stated the red bag belongs to him. THOMAS-KIRBY stated he has some clothes in the bag. THOMAS-KIRBY stated the dope is not his.

THOMAS-KIRBY stated he does not know how the gun got in the bag or who it belongs to.

76. THOMAS-KIRBY stated he has a source out of Arizona who has traveled to Detroit. THOMAS-KIRBY stated the source delivered ecstasy, heroin, and meth to Detroit. THOMAS-KIRBY stated the same source has sent 10 pounds of meth to Detroit.

77. **On February 8, 2023,** the SWDTF used a confidential informant (CS4) to purchase 2 grams of methamphetamine (meth) for $100 from Rodney PICKETT. The controlled buy was audio and video recorded and took place at PICKETT's residence in Coeburn, Virginia. The meth was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 1.811 grams +/- 0.111 grams (amount pure substance) of 98% (+/-6%) pure methamphetamine.

78. **On February 9, 2023**, the SWDTF used a confidential informant (CS4) to purchase 1 ounce of methamphetamine (meth) for $500 from Rodney PICKETT. The controlled buy was audio and video recorded and took place at PICKETT's residence in Coeburn, Virginia. I weighed and field-tested the suspected methamphetamine and found it to weigh approximately 29.7 grams including packaging. It field-tested positive for methamphetamine. The suspected methamphetamine was sent to the Drug Enforcement Administration laboratory for analyzing.

79. **On March 1, 2023**, SWDTF Agent J.T. Coleman and I interviewed CS5. CS5 stated he/she has known J.T. GREEN about 1 ½ to 2 years and met him through Megan Kiser at Brandon McCoy's in East Stone Gap.

80. CS5 said he/she bought methamphetamine (meth) from GREEN approximately four

times before he/she (CS5) had gone to jail (Nov. 2022). The first time they drove to Knoxville and GREEN bought meth from a black male from Detroit called "D". They each got a quarter pound of meth for $800. The second time they again drove to Knoxville and GREEN bought a half pound of meth for each of them for $3,000 total. D carries a Kimber .45 caliber pistol, CS5 said.

81. The third time they went to Knoxville GREEN again bought meth from D. D only had enough meth for each of them to get a quarter pound. They wanted a whole pound. GREEN also bought about an 8-ball of heroin/fentanyl. The last time he/she bought meth from GREEN he/she was supposed to get a quarter pound for $900. CS5 said GREEN was able to give him 1.5 ounces he (GREEN) got from a white female and black male, "Mike", in Greeneville TN. GREEN was supposed to have given him/her the other 2.5 ounces later but never did.

82. CS5 said GREEN has shown him/her pictures of his guns. GREEN told him/her he builds AR type rifles, one of which CS5 said he/she was with GREEN when he (GREEN) sold it to "Smoke." This occurred about 2-3 months ago.

83. CS5 said he/she has seen GREEN with up to 1.25 pounds of meth, half an ounce of heroin and a gram of molly at one time. GREEN would usually always keep a quarter pound to a pound of meth on him.

84. CS5 said he/she dated Megan Kiser for about 6 months. CS5 said during that time Kiser was getting meth to sell from GREEN on an almost daily basis. On average, Kiser got a quarter pound four times a week from GREEN.

85. CS5 said the following people buy meth from GREEN: Kiser, Brittany Pleasant, Angela Sproles and her boyfriend, Justin, Mickey Varner, Cory Arnett, "Bear" from Exeter, Brandon from Duffield, and Jordan LNU.

86. CS5 said Hailey Mann and David Foster are currently traveling with GREEN.

87. **On March 3, 2023**, ATF TFO Larry Mullins and I interviewed CS6. CS6 was presented a Waiver of Rights/Miranda form and the interview was audio recorded. CS6 said the methamphetamine he/she was caught and arrested with was 25 grams and it came from Rodney PICKETT. It had been fronted to him/her and he/she owed $400. CS6 previously said he/she didn't know it was under the seat of the vehicle or he/she would have disposed of it before the deputies stopped him/her and found it. CS6 said he/she also had some meth on his/her person he/she was able to dispose of during his/her arrest. The vehicle he/she was driving was PICKETT's, CS6 said.

88. CS6 said he/she thinks he/she has sold approximately a pound and a half of meth for PICKETT. CS6 stated he/she started hanging out and smoking meth with PICKETT after PICKETT got out of jail the last time. At this point PICKETT was getting his meth from Ginni Sarver. CS6 said PICKETT was getting a ¼ pound of meth a week from Sarver for about a month and a half. CS6 said PICKETT stopped dealing with Sarver after he accused her of stealing meth and a gun from his safe when he was high on acid.

89. CS6 said PICKETT started dealing with another source around December 2022. PICKETT was getting ¼ pounds of meth from this source in the beginning. CS6 said PICKETT is getting between 2-10 pounds of meth a week now. He gets re-upped 3-4 times a week. Jason Jenkins is making the runs for PICKETT now. Jessica Chenault

goes with them too. CS6 said Sarah Stiltner is PICKETT's girlfriend and she has gone on re-up trips. CS6 said he/she has personally seen PICKETT's source bring at least 2 pounds of meth to PICKETT on two occasions but stated he/she had seen the source bring dope to PICKETT 10+ times.

90. CS6 said PICKETT has guns including AR-type rifles. CS6 said PICKETT has a safe in his bedroom closet and a lock box at the foot of his bed in which PICKETT keeps his meth and guns.

91. CS6 warned that PICKETT is becoming very dangerous and law enforcement should be careful when encountering him. PICKETT and his source are making firearms. PICKETT has not left the house recently without carrying a gun under his car seat.

92. CS6 said Jessica Chenault was arrested (on February 5, 2023) for purchasing a firearm for PICKETT's source from Rural King.

93. CS6 said he/she knows Rachel Woliver, Gabe BENTLEY, and Buster Livesay among others get drugs from PICKETT for resale.

94. **On March 3, 2023,** Coeburn Police Department (CPD) Officer Swindall went to Rodney PICKETT's residence at 1030 Front St. E, Coeburn, VA to look for several wanted individuals including Jessica Chenault. PICKETT stated she wasn't there, and Officer Swindall asked for permission to verify that by searching the premises and PICKETT consented. Officer Swindall found a female hiding in a closet, and after she was removed, Officer Swindall noticed what he believed to be a box of ammunition on top of the safe in the closet. Officer Swindall knew PICKETT is a felon, so he secured a search warrant for the residence.

95. During a search of the residence CPD officers found five firearms: Palmetto State

Armory model PA-15, s/n SCB971793, Adams Arms Holdings model AA-15, s/n AA0017816, a Privately Made Firearm, .223 in caliber with no serial number, Sig-Sauer model 1911-22, s/n F186685, Kimber model Custom LW, s/n K818954 and 2 black silencers. They collected approximately 794 rounds of assorted ammunition and suspected methamphetamine and mushrooms.

96. The meth was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 74.78 grams +/- 4.67 grams (amount pure substance) of 96% (+/-6%) pure methamphetamine and 422.4 grams +/- 26.6 grams (amount pure substance) of 95% (+/-6%) pure methamphetamine.

97. On March 7, 2023, I test-fired the Palmetto State Armory model PA-15, s/n SCB971793, Adams Arms Holdings model AA-15, s/n AA0017816 and the Privately Made Firearm, .223 in caliber with no serial number. On March 9, 2023, I test-fired a Sig-Sauer model 1911-22, s/n F186685 and a Kimber model Custom LW, s/n K818954. All the firearms functioned as designed and meet the definition of a firearm under Title 18, USC, Chapter 44, Section 921(a)(3). Additionally, the Palmetto State Armory model PA-15, s/n SCB971793 fired more than one round with a single function of the trigger.

98. **On March 6, 2023**, JT GREEN and Hailee Mann were arrested in Smith County, Tennessee. They were stopped in GREEN's Mitsubishi on Interstate 40 for displaying an expired license tag. During the stop the deputy saw digital scales in plain view. After being Mirandized Mann told the deputy she had methamphetamine (meth) on her person. During a search of the vehicle the deputy found more meth, baggies, and another set of scales. Post-Miranda GREEN admitted knowledge of the

presence of the meth and scales. GREEN and Mann were arrested for outstanding warrants. At the jail it was discovered Mann had hidden an additional 21.2 grams (including packaging) in her vaginal cavity.

99. **On March 22, 2023,** the SWDTF used a confidential informant (CS7) to purchase a half ounce of methamphetamine (meth) for $250 from JT GREEN. The meth was sent to the Drug Enforcement Administration Mid-Atlantic Laboratory, which determined it to be 13.199 grams +/- 0.819 grams (amount pure substance) of 97% (+/-6%) pure methamphetamine. The controlled buy was audio and video recorded.

100. **On March 23, 2023,** ATF SA Levesque examined and researched the following firearms, which includes but is not limited to the manufacturer, model, caliber/gauge, and serial number. The firearms are described as follows: Glock Inc., model 26, 9mm pistol, SN: ADXN749; Palmetto State Armory, model AP-15, multi-caliber rifle, SN: SCB971793; Adams Arms Holdings, LLC., model AA-15, multi-caliber rifle, SN: AA0017816; Sig-Sauer, model 1911-22, .22 caliber pistol, SN: F186685; Kimber, model Custom LW, .45 caliber pistol, SN: K818954. SA Levesque determined all items above are firearms as defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3) and were not manufactured in the state of Virginia.

101. **On March 23, 2023,** ATF TFO Larry Mullins and I interviewed Megan Kiser. Kiser stated she first met the two black males from Detroit when she picked up JT GREEN from the Best Western in Wise. Kiser said GREEN had two black males with him, one nicknamed “B Rabbit”. She drove them to a trailer park in Dryden

and dropped the two black males off. Kiser described the males as the "big guy" and the "little guy" (referring to their physical stature).

102. Kiser said the "big guy" (B Rabbit) was mouthy and disrespectful, so she stopped the car on the way to Dryden and was going to drop them off on the side of the road. She said the little guy told her they had 50 pounds of methamphetamine (meth) with them and begged her not to do that.

103. Kiser said that after she dropped the black males off, she then went to pick up "BB" (Farrin Clark). "BB" is the person who asked her to rent the room at the Country Inn (the room THOMAS-KIRBY was arrested at on 2/6/23). She also took GREEN to several places to pick up money.

104. Kiser stated she believes she has bought a total of 4 ounces of meth from GREEN in the time she has known him.

105. Kiser said she first met GREEN around December 18, 2022, when he fronted her an ounce of meth. The last time she dealt with him was early on February 6, 2023, Kiser had paid GREEN $800 total ($400 to cover one ounce he had fronted her, and $400 for the purchase of another ounce, which GREEN did not have at the time). She never got the second one because GREEN's source, the Detroit guys, got hit (arrested). She said she went to Brittany Pleasant's to pay GREEN.

106. Kiser said Shana Perry traded the Eclipse to GREEN for $2,300 and an ounce of meth.

107. **On March 24, 2023**, ATF TFO Larry Mullins, Tazewell County Drug Task Force Agent Dakota Grizzel, Wise County Commonwealth's Attorney Brett Hall, Wise

County Commonwealth's Attorney Office Assistant Corey Salyers and I interviewed CS8.

108. CS8 is in the Duffield jail with Rodney PICKETT. PICKETT told him police found two pounds of meth in the safe and three guns, including a machine gun, when they searched his house (3/3/23). PICKETT told him the guns weren't even supposed to have been there. They were to have been taken to his brother-in-law's, but they had come back. He said one gun had an oil suppressor on it. PICKETT told him one of the guns is registered to his girlfriend, Jessica. PICKETT told him he should be able to beat the charges since nothing is in his name.

109. CS8 said PICKETT told him his source is James LNU; PICKETT meets him in Castlewood. CS8 said there are a lot of guns at the Castlewood location. CS8 described a location agents know to be Joe Skeen's residence. Chasity Holbrook and two other males live at this residence. Holbrook is the connection to James LNU.

110. CS8 said PICKETT supplies meth to James Laforce and Paul Harper.

111. CS8 stated PICKETT said James LNU ordered "paper weights" (lowers) and other parts to make guns. All they do is drill them out and put in the trigger mechanisms.

112. I secured certified records from the Russell County (VA) Circuit Court stating PICKETT had been convicted of the following felonies: Conspiracy to Distribute a Schedule II Drug, Distribute Drugs on School Property, Perjury, three counts of Forge a Prescription Label and Possession of a Schedule II Drug, entered on July 10, 2014

## COOPERATING SOURCES

113. Throughout this affidavit, I have identified Confidential Sources (CS), individuals who were interviewed and/or assisted law enforcement during this investigation. I believe the information provided by them and included in this affidavit is credible and reliable for the following reasons: the debriefings included statements against their own penal interest, the information provided by the individuals matched information received from other sources, and much of the information was confirmed by other investigative methods. Some of these methods included surveillances and records acquired during the investigation.

114. CSs are utilized for several reasons: a CS might be a member of the target organization and therefore have easy access to information needed by law enforcement; a CS might have a relationship with members of the target organization, making it easy to purchase and/or locate illegal substances, profits, etc.; and in many situations, a CS provides to law enforcement the opportunity to infiltrate an organization when all other means are exhausted.

115. CS1 was arrested for a violation of state law and was on bond at the time of his/her involvement in this investigation. CS1 provided information on other crimes, including drug traffickers, in return for consideration on bond and/or a reduced sentence.

116. CS2 was arrested for a violation of state law at the time of his/her involvement in this investigation. CS2 provided information on other crimes, including drug traffickers, in return for consideration on bond and/or a reduced sentence.

117. CS3 was arrested for a violation of state law and was on bond at the time of his/her involvement in this investigation. CS3 provided information on other crimes, including drug traffickers, in return for consideration on bond and/or a reduced sentence.

118. CS4 was arrested for a violation of state law and was on bond at the time of his/her involvement in this investigation. CS4 provided information on other crimes, including drug traffickers, in return for consideration on bond and/or a reduced sentence.

119. CS5 was arrested for a violation of state law and was on bond at the time of his/her involvement in this investigation. CS5 provided information on other crimes, including drug traffickers, in return for consideration on bond and/or a reduced sentence.

120. CS6 was arrested for a violation of state law at the time of his/her involvement in this investigation. CS6 provided information on other crimes, including drug traffickers, in return for consideration on bond and/or a reduced sentence.

121. CS7 was arrested for a violation of state law and was on bond at the time of his/her involvement in this investigation. CS7 provided information on other crimes, including drug traffickers, in return for consideration on bond and/or a reduced sentence.

122. CS8 was arrested for a violation of state law at the time of his/her involvement in this investigation. CS8 provided information on other crimes, including drug traffickers, in return for consideration on bond and/or a reduced sentence.

## CONCLUSION

123. Based upon the contents of this affidavit, I respectfully submit there is probable cause to believe GREEN has violated 21 U.S.C. §§ 846 & 841(b)(1)(A); BENTLEY has violated 21 U.S.C. §§ 846 & 841(b)(1)(A) and 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A); THOMAS-KIRBY has violated 21 U.S.C. §§ 846 & 841(b)(1)(A), 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A), and 18 U.S.C. § 924(c); and PICKETT has violated 21 U.S.C. §§ 846 & 841(b)(1)(A), 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 924(c). Therefore, I respectfully request the Court issue warrants authorizing the arrests of GREEN, BENTLEY, THOMAS-KIRBY, and PICKETT for the stated violations.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 20, 2023, in Abingdon, Virginia.

________________________________

Senior Special Agent Ryan C. Temm
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me on April 20, 2023.

Pamela Meade Sargent

HONORABLE PAMELA MEADE SARGENT

UNITED STATES MAGISTRATE JUDGE

Reviewed by: Danielle Stone, AUSA