# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES - ARRAIGNMENT

**Case No.:** 2:23CR9                                          **Date:** 06/01/2023

---

**Defendant:** Rodney Allen Pickett, Custody          **Counsel:** Jay Steele, Appointed

---

PRESENT:
- JUDGE: Pamela Meade Sargent, USMJ
- Deputy Clerk: Allison Meade
- Court Reporter: Allison Meade, FTR
- U. S. Attorney: Danielle Stone
- USPO: Not Present
- Case Agent: Not Present
- Interpreter: N/A
- Court Security Officer: Jack Necessary

TIME IN COURT: 1:41 – 1:54pm
TOTAL: 13 minutes

☒ Defendant waives formal reading of Indictment.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | All charges |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

☒ Jury trial set for July 18 - July 21, 2023, at 9:30 a.m. in Abingdon with Judge Urbanski. Court instructs counsel to file a Motion to Reschedule the Trial date within speedy trial should they not be available on the dates the trial has been set on.
☒ Defendant(s) remanded to custody.