# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 2:23CR9

v.

DATE: 06/01/2023

RODNEY ALLEN PICKETT

TYPE OF HEARING: Arraignment

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PARTIES:

1. Pamela Meade Sargent, USMJ      6. _____
2. Danielle Stone                  7. _____
3. Jay Steele                      8. _____
4. Rodney Pickett                  9. _____
5. _____                 10. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Recorded by: Allison Meade            Time in Court: 1:41 - 1:54

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:41 | 1 | | | | | | | | |
| 1:47 | 3,1,4 | | | | | | | | |
| | 2,4 | | | | | | | | |
| 1:48 | 1 | | | | | | | | |
| | 2, | | | | | | | | |
| 1:50 | 1,2 | | | | | | | | |
| | 2 | | | | | | | | |
| 1:52 | 1 | | | | | | | | |
| 1:53 | 3 | | | | | | | | |
| | 1 | | | | | | | | |