**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   **Case No. 2:23CR9** |
| | ) |
| **RODNEY ALLEN PICKETT** | ) |

### NOTICE OF INTENT TO INTRODUCE SELF-AUTHENTICATING BUSINESS RECORDS PURSUANT TO FRE 902(11)

Comes now the United States of America, by counsel, and provides notice to the defendant of the government's intent to introduce self-authenticating business records in accordance with Federal Rule of Evidence 902(11). Specifically, the government intends to introduce Block, Inc. (Cashapp) records.

The Block, Inc. (Cashapp) records and certification of authenticity of business records were received pursuant to a subpoena and made available to the defense via discovery on May 1, 2023.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

s/Lena L. Busscher
Assistant United States Attorney
VSB No. 82353
180 W. Main Street
Abingdon, VA 24210
Tel: (276) 628-4161
Email: Lena.Busscher@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

/s/ Lena L. Busscher
Assistant United States Attorney