# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:23CR9 |
| | : | |
| v. | : | **SENTENCING ENHANCEMENT** |
| | : | **INFORMATION** |
| | : | |
| **RODNEY ALLEN PICKETT** | : | |

The United States Attorney charges:

That prior to the offenses set forth in Counts One, Four, and Five of the Indictment, RODNEY ALLEN PICKETT had the following prior conviction for a serious drug felony offense that had become final:

1) Conviction in Russell County, Virginia Circuit Court on June 10, 2014 (Case No. CR13-15607), for Conspiracy to Distribute a Schedule II Controlled Substance, in violation of Virginia Code Section 18.2-248.1:1, with an offense date of January 10, 2013.

The United States Attorney for the Western District of Virginia files this information and hereby notifies the Defendant that upon conviction for the offenses charged in Counts One and Five of the Indictment, the Defendant will face a mandatory minimum sentence of fifteen years imprisonment and a maximum fine of $20,000,000, in accordance with Title 21, United States Code, Sections 841(b)(1)(A) and 851, and upon conviction for the offense charged in Count Four of the Indictment, the Defendant will face a mandatory minimum sentence of ten years imprisonment and a maximum fine of $8,000,000, in accordance with Title 21, United States Code, Sections 841(b)(1)(B) and 851.

CHRISTOPHER R. KAVANAUGH
United States Attorney

/s/ Danielle Stone
Danielle Stone
VSB No: 84503
Assistant United States Attorney
United States Attorney's Office
180 W Main Street, Suite B-19
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

/s/ Danielle Stone
Assistant United States Attorney