# CURRICULUM VITAE

**Wayne A. Moser Jr**
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road
Martinsburg, West Virginia, 25405

### Professional Experience:

**October 2020 – Present**
Firearms Enforcement Officer (FEO)
Firearms and Ammunition Technology Division (FATD)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
Martinsburg, West Virginia

- Provide technical information regarding firearms identification, operation, and design for the purpose of assisting the Bureau, the law enforcement community, the firearms industry, and the public in general in the implementation Federal laws.
- Plans, develops, coordinates, administers, and evaluates policies, programs, systems, and procedures to provide for the regulation of the firearms industry, as required by the Gun Control Act of 1968, as amended (GCA); the Arms Export Control Act of 1976; Title XI of the Organized Crime Control Act of 1970, as amended; the regulation of commerce in National Firearms Act (NFA) weapons.
- Conduct examinations and testing of firearms and related materials submitted as evidence by Bureau agents, as well as other Federal, State, and local law enforcement agencies.
- Prepare technical reports, official correspondence, and training materials relating to the identification and origin of firearms and their classification under Federal law.
- Conduct examinations and classifications of submitted prototype firearms or related devices.
- Evaluate all types of firearms for import classification.
- Determine origin and classification of ammunition.
- Prepare official Bureau responses to written inquiries from the firearms industry and the public.
- Assist in maintaining the Firearms and Ammunition Technology Division reference library, which includes over 2,000 books, catalogs and official correspondence relating to the firearms field.
- Assist in maintaining the ATF National Firearms Reference Collection, which includes approximately 15,000 firearms of all types.
- General knowledge of pertinent Federal laws, pending legislation, precedent-setting judicial proceedings, as well as corresponding State, local and international laws, regulations, internal procedures, public use forms, national regulatory programs, and publications related to commerce in the firearms industry.

-2-

- General knowledge of the laws and regulations administered by the Bureau, particularly in the area of firearms and ammunition regulation and enforcement, in order to serve as an authoritative source of technical information and advice to Bureau managers and employees, industry officials, and the public.
- General knowledge and understanding of the operations, methods, products, and practices of the firearms and ammunition industries in order to develop and interpret a wide variety of Bureau rules and regulations as they apply to actual situations.
- Required to maintain a current and active DOJ TOP SECRET security clearance.

I have attended the following firearms training courses:

- H&K MP-5 Armorers Course, Sterling VA (2021)
- SIG Sauer Classic Line Armorer's Course, Sykesville, MD (2021)
- Dr. Philip H. Dater, Silencer Principles Training, Boise, ID (2021)
- Benelli M Series Shotgun Armorers Course, Martinsburg, WV (2021)
- Springfield XD-S Armorers Course, Martinsburg, WV (2021)
- Springfield XD/XDm Armorers Course, Martinsburg, WV (2021)
- CZ P-10 Armorers Course, Martinsburg, WV (2021)
- GLOCK Armorers Course, Woodstock, VA (2022)
- Dillon Aero Minigun Armorers Course, Scottsdale, AZ (2022)
- IWI Tavor (SARS/X95) Armorers Course, Middleburg, PA (2023)

I have received training in firearm silencer manufacture, design and operation from ATF and the following:

- Principles of Acoustics and Sound Measurement training given by Bruel and Kjaer.
- Silencer Principal Training provided by Dr. Philip H. Dater, founder of Gemtech and Antares Technologies.

I have received manufacturing and historical instruction at the following ammunition factories:

- PWS ammunition loading facility, Quantico, Virginia
- Dillon Aero Reloading, Scottsdale, Arizona.

I have toured the following museums that display firearms as part of their collection, public and/or archival collection were viewed:

- Marine Corps Museum, Quantico, Virginia.
- National Firearms Collection, Martinsburg, West Virginia.
- Smithsonian National Firearms Museum, Washington DC

I have received manufacturing and historical instruction at the following firearms factories to include, but not limited to:

- Precision Weapons Section, Quantico, Virginia.
- Dillon Aero, Scottsdale, Arizona.
- U.S. Navy Surface Warfare Center (NSWC), Crane, Indiana.
- Ashbury Precision Ordnance, Ruckersville, Virginia.
- IWI, Middleburg PA.

I have received training from ATF in the following areas which include, but not limited to:

- National Firearms Act (NFA) of 1934
- Gun Control Act (GCA) of 1968
- Arms Export Control Act (AECA) of 1976
- Firearms ID and nomenclature
- Ammunition history and development
- Silencer testing
- Interstate NEXUS
- Importation factoring criteria
- Evidence handling
- Administrative Law
- Classification Case Law
- Agency Instructor Training Program (AITP) 05/2023
- Privately Made Firearms (PMF)

I received training from ATF in the following historic firearms designs to include, but not limited to:

- Gatling Gun
- Maxim Machinegun
- Silencers
- Lewis Gun Machinegun
- Thompson Submachinegun
- MG 34/42 Machinegun
- M2 Carbine Machinegun
- Nambu Type 99 Machinegun
- STEN Submachinegun
- SKS Rifle
- FN FAL Machinegun
- AK-type Machinegun
- UZI Submachinegun
- AR-15 and M16-type Machinegun
- MAC10/11, M11/9 Submachinegun

I received training from ATF in the following machinegun conversions from semiautomatic versions of the following:

- AR15-type
- AK-type
- Glock
- Steyr AUG
- FN P90S
- Pistols (General)
- M1 Carbine
- FN FAL
- FNC
- HK-type
- UZI
- SKS
- TEC-9
- Browning M1919
- MAC-type
- M11/9-type

I have attended the following instruction courses related to on-the-job equipment:

- Olympus XRF instrument operation for material identification, Martinsburg, WV (2021)
- CartWinPro Forensic Headstamp Database, Martinsburg, WV (2021)
- NC3 Precision Measurement *Tape and Rule Measurement*, Elizabethton, TN (2022)
- NC3 Precision Measurement *Caliper Measurement*, Elizabethton, TN (2022)
- NC3 Precision Measurement *Gage Measurement*, Elizabethton, TN (2022)
- NC3 Precision Measurement *Micrometer Measurement*, Elizabethton, TN (2022)
- NC3 Precision Measurement *Dial Gage Measurement*, Elizabethton, TN (2022)
- NC3 Precision Measurement *Angle Measurement*, Elizabethton, TN (2022)

I have attended the following medical courses:

- American College of Surgeons, Stop the Bleeding Course, Martinsburg WV (2021)
- American Heart Associations, CPR/AED course, Martinsburg WV (2021)

**January 2020 – October 2020**
Gunsmith 1
Professional Solutions
2D Marine Raider Battalion (2MRB)
Marine Special Operations Command (MARSOC)
United States Marine Corps
Camp Lejeune, NC

- Inspects, schedules preventive maintenance, maintains, and repairs weapons for 2d Marine Raider Battalion (MRB).
- Perform initial/final inspections to determine the nature and extent of small arms repairs and perform final inspections on small arms after the repairs have been completed.
- Disassembles and examines parts and assemblies as required and reassembles and adjusts components.
- Determines serviceability of parts and diagnoses and determines remedies for failures commonly encountered in the repairs of weapons systems using the technical manual and the Testing Measurement and Diagnostic Equipment (TMDE) associated with each weapons system.
- Conduct maintenance and repairs to all small arms, light, medium, heavy machineguns, precision rifles, and grenade launchers to include the Glock-19, QDSS Silencers, SureFire Silencers, M4/M4A1, M249 Saw, M240B, M2/M2A1, M110 SASS, and M203.
- Certified to maintain Special Operation Peculiar Weapons to include the Mk-44 Mod 3 Minigun, M3 Carl Gustav 84mm Recoilless Rifle, Mk-46, Mk-48, Ak-47, Mk-18, Glock-19, and Mk-16/17 SCARS.
- Required to maintain a current and active DOD SECRET security clearance.

**March 2018 – January 2020**
Special Operations Force Maintenance Support Team (SOF-MST)
Combined Joint Special Operations Task Force (CJSOTF)
Lockheed Martin
United States Army
Baghdad Diplomatic Support Center (BDSC)
Baghdad, Iraq

- Inspects, maintains, repairs, and conducts training on Special Operation Command weapons systems.
- Provide technical training to uniformed Special Operation Force (SOF) Personnel
- Train, and evaluate customers imparting the required skills to perform their current duties while preparing them for future assignments of greater responsibility.
- Plan and conduct system testing's on SOF weapons systems.

- Travel to site locations in the Iraq area of operations to provide maintenance, repairs, and training
- Inspect, issue, and recover SOF weapon systems, optics, and accessory items.
- Certified to maintain Special Operation Peculiar Weapons to include the Mk-44 Mod 3 Minigun, M3 Carl Gustav 84mm Recoilless Rifle, Mk-46, Mk-48, Ak-47, Mk-18, Glock-19, and Mk-16/17/20 SCARS.
- Serve as technical authority and liaison with Special Operation Force (SOF) Personnel.
- Required to maintain a current and active DOD SECRET security clearance.

**November 2017 – March 2018**
Quality Control
AECOM
AC-First
United States Army
Bagram, Afghanistan

- Inspects, maintains, repairs, supervises repairs, completes associated documents, and supervises daily operations.
- Inspectors perform initial/final inspections to determine the nature and extent of small arms repairs and performs final inspections on small arms after the repairs have been completed.
- Disassembles and examines parts and assemblies as required and reassembles and adjusts components.
- Determines serviceability of parts and diagnoses and determines remedies for failures commonly encountered in the repairs of weapons systems using a variety of diagnostic techniques and TMDE with little or no supervision.
- Prepares records of inspection/tests and makes them available to the QA/QC department. Obtains approval prior to repair actions on warranted items.
- May instruct other employees in proper repair maintenance procedures. Cross trains when required to ensure maximum flexibility and possession of technical skills in the development and maintenance of quality programs.
- Coordinates with Shop Supervisor when technical problems arise, and in-depth mechanical knowledge is required. Ensures compliance with government and corporate regulations, company SOPs, directives, and technical manuals to establish and maintain a quality management program.
- Maintains cross-talk with QA and LAR representatives.
- Conducts surveillances and performs other administrative duties as required within the quality control office.
- Ensures strict compliance to safety practices and support the AC FIRST safety policies and procedures.
- Instills a safety-first mentality within respective work areas and a culture that achieves low accident rates and minimal lost-time injuries.
- Adhere to ISO policies, procedures, and work instructions in support of the AC FIRST quality management system performs other duties as assigned.

**June 2015 – November 2017**
Training Specialist Senior
BAE Systems
Marine Special Operations Command (MARSOC)
Marine Raider Regiment (MRR)
United States Marine Corps
Camp Lejeune, NC

- Inspects, maintains, repairs, and conducts training on Special Operation Command weapons systems.
- Provide technical training to uniformed Special Operation Force (SOF) Personnel
- Train, and evaluate customers imparting the required skills to perform their current duties while preparing them for future assignments of greater responsibility.
- Plan and conduct system testing's on SOF weapons systems.
- Inspect, issue, and recover SOF weapon systems, optics, and accessory items valued at $30M
- Certified to maintain Special Operation Peculiar and Conventional weapons to include Mk-44 Mod 3, M3 Carl Gustav, Mk-46, Mk-48, Ak-47, M60, M1911A1, and Mk-16/17/20 SCARS.
- Serve as technical authority and liaison with Marine Special Operations Command (MARSOC).
- Required to maintain a current SECRET security clearance.
- Perform Physical Security duties for MARSOC in accordance with all orders, directives, and unit standard operating procedures to include access control, issue, and recovery of weapons, building security, and weapons transportation.

**Military Experience:**

**Sept 2004– May 2015**
United States Marine Corps
MOS 2112 Precision Weapons Specialist / 2111 Armorer

- Certified Armorer trained at Aberdeen Proving Grounds, Maryland, on the assembly/ disassembly, care, maintenance, operation, and repairing weapon systems of all modern U.S. military firearms including, but not limited to:
    - M9 Beretta Pistol
    - M16/M4 Rifle
    - M203 Grenade Launcher
    - M249 Squad Automatic Weapon
    - M240 B/C/G Machinegun
    - MK19 Automatic Grenade Launcher
    - M2 .50 caliber Machinegun
    - Remington 870
    - M1014 Benelli Combat Shotgun
    - Mossberg 500 Shotguns
    - M224 60mm Light Weight Mortar
    - M252 81mm Medium Weight Mortar
    - Mk 153 84mm SMAW Rocket Launcher

- Trained in the eight basic steps in firearm "Cycle of operations."
- Knowledgeable in the use of tools to gauge headspace and timing on various weapon systems to ensure safe and reliable functioning.
- Rifle Team Equipment trained in precision weapons within the Marine Corps inventory.
- Received in-depth training in the operation of gunsmithing tools and machines such as lathes, milling machines, surface grinders, welding, and refinishing operations.
- Trained in the building and maintaining of precision weapons such as the M14 Enhanced Marksman Rifle, M1911 National Match, M1911 MEUSOC, USMC M40 series sniper rifles, National Match M16.
- Conducted inspections of military armories containing various firearms to include revolvers, pistols, shotguns, semi-automatic/automatic rifles, silencers, and destructive devices.
- Trained in inspecting for and identifying damage to firearms silencer used on precision and infantry-type weapons systems.
- Conducted proof and accuracy testing of all weapons produced by the 1911 section.
- Noncommissioned Officer in charge of multiple armories.

*The table below is a summary of expert testimony provided by ATF Firearms Enforcement Officer Wayne A. Moser Jr from October 2020 through present.*

| Date of Testimony | Court | Case |
|---|---|---|
| 11/04/2022 | Superior Court of The District of Columbia Family Court | In RE: J.L. Case No. 2022 DEL 000474 |
| 12/7 - 12/8/2022 | United States District Court for the Southern District of Florida | United States of America v. David Schieferle Case No. 22-CR-20083-KMW |

Firearms Enforcement Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives
Firearms and Ammunition Technology Division