**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Technology Criminal Branch**
**Report of Technical Examination**

|  |  |
|---|---|
|  | **244 Needy Road #1600**<br>**Martinsburg, WV 25405**<br><br>**Phone: 304-616-4300**<br>**Fax: 304-616-4301** |

| To: | UI#: | 768010-23-0007 |
|---|---|---|
| Special Agent Ryan Temm<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>2385 Lee Hwy<br>Suite 201<br>Bristol, VA 24201 | **RE:** | PICKETT, Rodney et al |
|  | **FTCB#:** | 2023-589-WAM<br>325528 |

| Date Exhibits Received:   03/14/2023 | Type of Examination Requested: |
|---|---|
| **Delivered By:**   FEDEX 7715 3696 3543 | Examination, Test, Classification |

**Exhibits:**

12. Palmetto State Armory, model PA-15, 5.56mm caliber firearm, serial number SCB971793 (suspected machinegun)
13. Adams Arms LLC., model AA-15, 5.56mm caliber firearm, serial number AA0017816.
13A. Cylindrical metal device, no manufacturer's markings, or serial number (suspected firearm silencer).
14. Privately made AR-type firearm, .223 REM caliber, bearing no serial number.
19. Privately made AR-type receiver, unknown caliber, bearing no serial number.
20. Cylindrical metal device, no manufacturer's markings, or serial number (suspected firearm silencer).
21. Cylindrical metal device, no manufacturer's markings, or serial number (suspected firearm silencer).

**Pertinent Authority:**

Title 28 of the United States Code (U.S.C.) provides the Bureau of Alcohol, Tobacco Firearms and Explosives (ATF) the authority to investigate criminal and regulatory violations of Federal firearms law at the direction of the Attorney General. Under the corresponding Federal regulation at 28 C.F.R. 0.130 the Attorney General provides ATF with the authority to investigate, administer, and enforce the laws related to firearms, in relevant part, under 18 U.S.C. Chapter 44 (Gun Control Act) and 26 U.S.C. Chapter 53 (National Firearms Act). Pursuant to the aforementioned statutory and regulatory authority, the ATF Firearms and Ammunition Technology Division (FATD) provides expert technical support on firearms and ammunition to federal, state, and local law enforcement agencies regarding the Gun Control Act and the National Firearms Act.

The Gun Control Act of 1968 (GCA), 18 U.S.C. § 921(a)(3), defines **"firearm"** to include: "...*(A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or silencer; or (D) any destructive device.  Such term does not include an antique firearm.*"

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 2

Also, the GCA, 18 U.S.C. § 921(a)(24), defines the term "**machinegun**" as *"...has the meaning given such term in section 5845(b) of the National Firearms Act (26 U.S.C. 5845(b))."*

Further, the GCA, 18 U.S.C. § 921(a)(25), defines the terms "**firearm silencer**" and "**firearm muffler**" as: *"…any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed, or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication. "*

The National Firearms Act (NFA), 26 U.S.C. § 5845(a), defines "**firearm**" to include: *"...(1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined, as defined in subsection (e); **(6) a machinegun; (7) any silencer (as defined in 18 U.S.C. § 921)**; and (8) a destructive device. The term "firearm" shall not include an antique firearm or any device (other than a machinegun or destructive device) which, although designed as a weapon, the…[Attorney General]…finds by reason of the date of its manufacture, value, design, and other characteristics is primarily a collector's item and is not likely to be used as a weapon."*

Also, the NFA, 26 U.S.C. § 5845(b), defines "**machinegun**" as "…***any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger***. *The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.*"

Further, the NFA, 26 U.S.C. § 5842, "**Identification of firearms**," states: *"... (a) Identification of firearms other than destructive devices. - Each manufacturer and importer and anyone making a firearm shall identify each firearm, other than a destructive device, manufactured, imported, or made by a serial number which may not be readily removed, obliterated, or altered, the name of the manufacturer, importer, or maker, and such other identification as the … [Attorney General]… may by regulations prescribe. (b) Firearms without serial number. - Any person who possesses a firearm, other than a destructive device, which does not bear the serial number and other information required by subsection (a) of this section shall identify the firearm with a serial number assigned by the … [Attorney General]… and any other information the…[latter]… may by regulations*

**<u>Findings</u>:**

ATF has a long history of looking at the design features of a particular item when determining whether an item is a "firearm silencer" under Federal law, including whether it has design features of a part designed to be used in a "firearm silencer."

The law encompasses any combination of parts designed or redesigned and intended for use in assembling or fabricating a firearm silencer or muffler. Moreover, the statute does not limit the definition of silencer to "a device that silences, muffles, or diminishes." United States v. Syverson, 90 F.3d 227,232(7th Cir. 1996)

ATF Form    3311.2
Revised September 2014

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 3

Similarly, in *United States v. Carter* 465 F.3d 658(6th Cir.2006), the Sixth Circuit Court of Appeals found that the statute did not require that a silencer actually diminish the report of a firearm, noting that the "language of the statute focuses on the intended application of a silencer, not its actual demonstrated operation." Congress did not use such wording as "capable of silencing" or "that silences." The word choice of Congress indicates a concern for the purpose of the mechanism and the parts thereof, not the function.

As background, there are three audible elements attributable to a firearm in operation, the report (muzzle blast), the sound of the bullet in flight, and the sound of the firearm action. Firearm silencers are designed to reduce only one of these elements, the report. The report of a firearm is mostly the consequence of superheated, high-pressure propellant gases being rapidly released into the atmosphere.

Simplistic silencers typically consist of **end-caps** attached to each end of a hollow **outer tube**, which forms an "**expansion chamber**" within. The end-caps will each have a hole in the center to allow a bullet, followed by propellant gases, to pass through. The resulting device, when attached to a firearm barrel's muzzle, allows the hot propellent gases exiting the barrel to expand and cool prior to being slowly released into the atmosphere.

Additional components may serve to aid or enhance silencing, muffling, or diminishing the report of a portable firearm, by further reducing the speed, pressure, temperature, or rate of release of the propellant gases.

Typically, these additional components may include:

- **Baffles or washers** which create separate expansion chambers
- Ported inner sleeve or tube (bleed holes)
- Sound dampening material such as foam, steel wool, and other substances
- Wipes
- **Monolithic baffle core** (one piece design)

The concept of an "**expansion chamb**er" or "blast chamber" is frequently encountered in firearm silencers. Generally, an expansion chamber/blast chamber is located to be proximal to the mounting point of the firearm silencer (sound suppressor) to the barrel. Simplistic silencers typically consist of end-caps attached to each end of a hollow tube, which forms an "expansion chamber" (also referenced as a "blast chamber") within. The end-caps will each have a hole in the center to allow a bullet, followed by propellant gases, to pass through exiting the barrel to expand and cool prior to being slowly released into the open atmosphere which generally causes a reduction in the sound pressure level.

A "**monolithic baffle core**" in firearms silencers is one piece design with integral baffles designed to slow, create turbulence in, or redirect the flow of hot propellant gases, depending upon the baffle's particular design features. Further, the integral baffles can be used to segregate a large expansion chamber to create multiple, smaller expansion chambers of various sizes by using several similar or varying baffle designs together or by the use of varying spaces between integral baffles.

**Exhibit 12** is a 5.56mm caliber, M16 type firearm utilizing a receiver originally manufactured in a semiautomatic configuration by DC Machine LLC., in Summerville, South Carolina, and marketed by Palmetto State Armory LLC, West Columbia, South Carolina. The Exhibit has an overall length of approximately 29.62

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 4

inches and contains a rifled barrel approximately 10.69 inches in length. As received, the Exhibit is configured with a muzzle device, an optic, and back up sights.

I measured the overall length of Exhibit 12 by placing it on a flat surface and measuring the distance between the extreme ends along a line parallel to the center line of the bore. Additionally, I measured the barrel of Exhibit 12 by removing the muzzle device, placing it on a flat surface, and then closing the bolt. I then inserted a cylindrical scale into the muzzle of the barrel until it touched the bolt face.

My examination revealed the following markings:

<u>Left side of receiver</u>:



- PA-15
- MULTI
- SCB971793 *[serial number]*
- PALMETTO STATE ARMORY
- WEST COLUMBIA, SC
- SAFE
- FIRE

<u>Right side of receiver</u>:

- SAFE
- FIRE

During my examination, I discovered that the receiver has been modified by having holes drilled in the left and right sides and material removed from the fire control cavity for the installation of the automatic sear and automatic sear retaining pin (see page 4 of the attachment). The sole purpose for drilling the automatic sear pin holes is to manufacture a machinegun. Drilling or indexing the holes for the automatic-sear pin, in the correct location, constitutes manufacturing the receiver of a machinegun.

Exhibit 12 also contained a three-position safety/selector, allowing it to be placed in the unmarked automatic-fire position. In the unmarked automatic-fire position, Exhibit 12 function tests as a machinegun. I separated the upper assembly from the receiver and observed a M16 machinegun auto-sear, installed in the fire-control area.

Exhibit 12 has also been assembled utilizing the following M16 machinegun fire-control parts:

- hammer
- trigger
- disconnector
- safety/selector

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 5

- auto-sear
- auto-sear pin

Exhibit 12 also contains an M16 machinegun bolt carrier assembly.

I test-fired Exhibit 12 on May 23, 2023, at the ATF test range, Martinsburg, West Virginia, using commercially available, Federal brand, .223 caliber ammunition and a magazine obtained from the National Firearms Collection (NFC). After I inserted the magazine containing one round of ammunition, charged, and chambered the round, set the selector from the marked *"SAFE"* position to the marked *"FIRE"* position, and pulled the trigger, Exhibit 12 successfully expelled a projectile by the action of an explosive. I inserted a magazine containing two rounds of ammunition, charged and chambered the first round, and pulled the trigger, Exhibit 12 fired each round by a separate function of the trigger. I inserted a magazine containing five rounds of ammunition, charged and chambered the first round, and pulled the trigger, Exhibit 12 fired a single round of ammunition semiautomatically for each single function of the trigger. I repeated this method of test fire two additional times, obtaining the same result.

Next, I inserted a magazine containing two rounds of ammunition, charged and chambered the first round, placed the selector in the unmarked "*automatic*" *(3 o'clock)* position, and pulled the trigger, Exhibit 12 fired both rounds automatically with a single function of the trigger. Finally, I inserted a magazine containing five rounds of ammunition, charged and chambered the first round, and pulled the trigger. Exhibit 12 fired all five rounds automatically with a single function of the trigger. I repeated this method of test-fire two additional times, obtaining the same result.

As received, Exhibit 12 is a weapon which shoots, automatically more than one shot, without manual reloading, by a single function of the trigger; therefore, it is a "**machinegun**" as defined.

**Exhibit 13** is a 5.56mm caliber, AR-type firearm utilizing a receiver manufactured by Anderson Manufacturing, in Hebron, Kentucky, and marketed by Adams Arms LLC, in Odessa, Florida. The Exhibit has an overall length of approximately 34.25 inches and contains a rifled barrel approximately 16.12 inches in length. As received, the Exhibit is configured with a sight unit and a forward grip.

Also, Exhibit 13 was received with a firearm silencer installed on the barrel muzzle. This firearm silencer is hereafter referenced as **Exhibit 13A**.

I measured the overall length of Exhibit 13 by placing it on a flat surface and measuring the distance between the extreme ends along a line parallel to the center line of the bore. Additionally, I measured the barrel of Exhibit 13 by removing the muzzle device, placing it on a flat surface, and then closing the bolt. I then inserted a cylindrical scale into the muzzle of the barrel until it touched the bolt face.

My examination revealed the following markings:

Left side of receiver:

- 
- **AA0017816** *[serial number]*

Special Agent Ryan Temm                                                        768010-23-0007
                                                                               2023-589-WAM
                                                                               Page 6

- **MOD. AA-15**
- **CAL. MULTI**
- **ADAMS ARMS**
- **BROOKSVILLE, FL**
- **U.S.A.**
- **SAFE**
- **FIRE**

Right side of receiver:

- **SAFE**
- **FIRE**

Top of barrel

- **ADAMS ARMS 5.56 NATO 1/7 4150 CMV**

During my examination, I rotated the selector from the marked "SAFE" position to the marked "FIRE" position and discovered that Exhibit 13 function tests as a semiautomatic. Exhibit 13 has been assembled utilizing semiautomatic fire-control parts and operates as a semiautomatic firearm only.

Exhibit 13 has also been assembled utilizing the following AR-type fire-control parts:

- hammer
- trigger
- disconnector
- safety/selector

Exhibit 13 does however contain an M16 machinegun bolt carrier assembly.

I test-fired Exhibit 13 without Exhibit 13A installed on May 23, 2023, at the ATF test range, Martinsburg, West Virginia, using commercially available, Federal brand, .223 REM caliber ammunition and a magazine obtained from the NFC. I inserted the magazine containing one round of ammunition, charged, and chambered the round, set the selector from the marked *"SAFE"* position to the marked *"FIRE"* position, and pulled the trigger, Exhibit 13 successfully expelled a projectile by the action of an explosive. I inserted a magazine containing two rounds of ammunition, charged and chambered the first round, and pulled the trigger, Exhibit 13 fired one round and failed to chamber the second round. I inspected the Exhibit and found the upper handguard was impeding the gas piston from allowing the bolt to return to the forward (chambered) position, thus preventing the proper amount of gasses to push the bolt fully to the rear. I loosened the handguard and continued my test-fire by inserting a magazine containing two rounds of ammunition, charging, and chambering the first round, and pulling the trigger, Exhibit 13 fired each round semiautomatically with a single function of the trigger.

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 7

Next, I inserted a magazine containing five rounds of ammunition, charged and chambered the first round, and pulled the trigger. Exhibit 13 fired each round semiautomatically with a single function of the trigger. I repeated this method of test-fire two additional times, obtaining the same result.

Exhibit 13 is weapon which will expel a projectile by the action of an explosive and contains the receiver of such a weapon; therefore, it is a "**firearm**" as defined.

**Exhibit 13A** is a metal cylindrical device, black in color, approximately 5.91 inches in length, and approximately 1.35 inches at its major diameter. The design of the Exhibit is comparable to the design described in the attached U.S. Patent 9,086,248.

My examination revealed that Exhibit 13A does not have a serial number or marks of identification associated with the maker or manufacturer. I was not able to determine a location of manufacture for Exhibit 13A.

My examination revealed the following markings:

Outer tube:

- **NAPA4003.COM**

To preserve the integrity of the evidence, I did not disassemble Exhibit 13A. The front end-cap of the exhibit has been affixed using and unknown adhesive compound (see page 12 of the attachment). However, I found that the Exhibit has a **monolithic baffle core** with an integral rear end-cap which has a hole threaded to 1/2-28 TPI. I achieved this by the use of a borescope. The monolithic baffle core also has an unknown external thread pitch on its forward section that matches the internal thread pitch of the front **end-cap** received. The monolithic baffle core has a center hole along the entirety of its longitudinal axis approximately .47 inch in diameter that facilitates the passage of a projectile.

A monolithic baffle core is an internal silencer part consisting of a series of integral **expansion chambers** separated by baffles designed to aid in capturing, cooling, diverting, diffusing, and slowing the hot gases created by burning propellant powder.

Monolithic baffle cores are typically cast or machined from a single piece of metal or stock and are designed to be enclosed by an outer tube to contain the expanding hot gases upon a shot being fired from a portable firearm. Improvised silencers utilize a wide variety of attachment methods. It is common for an improvised silencer user to employ threaded adapters to modify a firearm to fit an improvised silencer.

As received, the interior components of the devices were covered with a grey/black residue consistent with the byproducts generated from the combustion of propellant powder.

As received, Exhibit 13A is a device for silencing, muffling, or diminishing the report of a portable firearm; therefore, Exhibit 13A is a *"**firearm silencer**"* or *"**firearm muffler**"* as defined.

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 8

I conducted sound comparison testing of Exhibit 13A at the ATF test facility located in Martinsburg, West Virginia, on May 23, 2023, utilizing commercially available, Federal brand, .223 REM caliber ammunition. I conducted this testing to determine the effectiveness of Exhibit 13A in diminishing the report of a portable firearm. I used Exhibit 13, an Adams Arms, Model AA-15, .5.56mm caliber semiautomatic rifle, serial number AA0017816, with and without Exhibit 13A attached. I conducted this test in the presence of a Bruel & Kjaer, Nexus Acoustic Conditioner Amplifier, calibrated precision sound-level meter, and recorded the results.

Exhibit 13A threads directly to the muzzle end of Exhibit 13.

I followed the standard operating procedures established by ATF for conducting the testing. During this procedure, a pre and post self-test calibration verification procedure was automatically conducted. The instrument passed both the pre and post self-test calibration verifications. The results of the testing are as follows:

Exhibit 13 without Exhibit 13A attached    (5-shot average)    165.24 decibels
Exhibit 13 with Exhibit 13A attached    (5-shot average)    159.07 decibels

The sound reduction recorded was <u>6.17 decibels</u>. The test results establish that Exhibit 13A is capable of diminishing the sound report of a portable firearm.

**Exhibit 14** is a .223 REM caliber, AR-type privately made firearm, utilizing a semiautomatic receiver of unknown origin. The Exhibit has an overall length of approximately 34.5 inches and contains a rifled barrel approximately 20.12 inches in length. As received, the Exhibit is configured with a buffer tube, a muzzle device, and an optic mount.

I measured the overall length of Exhibit 14 by placing it on a flat surface and measuring the distance between the extreme ends along a line parallel to the center line of the bore. Additionally, I measured the barrel of Exhibit 14 by removing the muzzle device, placing it on a flat surface, and then closing the bolt. I then inserted a cylindrical scale into the muzzle of the barrel until it touched the bolt face.

My examination revealed the following markings:

<u>Left side of receiver</u>:

- 
- 
- 

<u>Right side of receiver</u>:

- 
- 

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 9



Top of barrel

- **.223 WYLDE 1:8 SS USA**

During my examination, I noted the absence of a safety selector, recoil buffer, and recoil buffer spring. I installed a recoil buffer and spring obtained from the NFC (See page 14 of the attachment) and installed it in Exhibit 14. I then preformed a function test of the Exhibit and discovered that Exhibit 14 function tests as a semiautomatic. Exhibit 14 has been assembled utilizing semiautomatic fire-control parts and operates as a semiautomatic firearm only.

Exhibit 14 has also been assembled utilizing the following AR-type fire-control parts:

- hammer
- trigger
- disconnector

Exhibit 14 does however contain a side charging M16-type machinegun bolt carrier assembly.

I test-fired Exhibit 14 on May 23, 2023, at the ATF test range, Martinsburg, West Virginia, using commercially available, Federal brand, .223 REM caliber ammunition and a magazine obtained from the NFC. I inserted the magazine containing one round of ammunition, charged, and chambered the round, and pulled the trigger, Exhibit 14 successfully expelled a projectile by the action of an explosive. I inserted a magazine containing two rounds of ammunition, charged and chambered the first round, and pulled the trigger, Exhibit 14 fired each round semiautomatically with a single function of the trigger.

Next, I inserted a magazine containing five rounds of ammunition, charged and chambered the first round, and pulled the trigger. Exhibit 14 fired each round semiautomatically with a single function of the trigger. I repeated this method of test-fire two additional times, obtaining the same result.

Exhibit 14 is weapon which will expel a projectile by the action of an explosive and contains the receiver of such a weapon; therefore, it is a "**firearm**" as defined.

**Exhibit 19** is an AR-type, privately made firearm receiver of unknown origin. Exhibit 19 does not possess a serial number or any manufacturer's markings.

ATF has long held that the indexing, cutting, or removing of any portion of the fire control group cavity is considered a critical feature to an item being considered a firearm receiver. Exhibit 19 has the hammer, trigger, and safety selector holes drilled. Furthermore, the fire control cavity has had material removed to allow for installation of AR-type fire control components (see page 16 of the attachment).

Exhibit 19 is the receiver of a weapon which is designed to expel a projectile by the action of an explosive; therefore, it is a "*firearm*" as defined in 18 U.S.C. § 921(a)(3)(B).

ATF Form    3311.2
Revised September 2014

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 10

**Exhibit 20** is a metal cylindrical device, black in color, approximately 5.99 inches in length, and approximately 1.36 inches at its major diameter. The design of the Exhibit is comparable to the design described in the attached U.S. Patent 9,086,248.

My examination revealed that Exhibit 20 does not have a serial number or marks of identification associated with the maker or manufacturer. I was not able to determine a location of manufacture for Exhibit 20.

I disassembled Exhibit 20 and found that the **outer tube** has no threads on its interior surface. The Exhibit has a **monolithic baffle core** with an integral rear end-cap which has a hole threaded to 1/2-28 TPI. The monolithic baffle core also has an unknown external thread pitch on its forward section that matches the internal thread pitch of the front **end-cap** received. The monolithic baffle core has a center hole along the entirety of its longitudinal axis approximately .47 inch in diameter that facilitates the passage of a projectile. Also, Exhibit 20 was received with a section of yellow coated wire.

A monolithic baffle core is an internal silencer part consisting of a series of integral **expansion chambers** separated by baffles designed to aid in capturing, cooling, diverting, diffusing, and slowing the hot gases created by burning propellant powder.

Monolithic baffle cores are typically cast or machined from a single piece of metal or stock and are designed to be enclosed by an outer tube to contain the expanding hot gases upon a shot being fired from a portable firearm. Improvised silencers utilize a wide variety of attachment methods. It is common for an improvised silencer user to employ threaded adapters to modify a firearm to fit an improvised silencer.

As received, the interior components of the devices were covered with a grey/black residue consistent with the byproducts generated from the combustion of propellant powder (see page 18 of the attachment).

As received, Exhibit 20 is a device for silencing, muffling, or diminishing the report of a portable firearm; therefore, Exhibit 20 is a *"firearm silencer"* or *"firearm muffler"* as defined.

I conducted sound comparison testing of Exhibit 20 at the ATF test facility located in Martinsburg, West Virginia, on May 23, 2023, utilizing commercially available, Federal brand, .223 REM caliber ammunition. I conducted this testing to determine the effectiveness of Exhibit 20 in diminishing the report of a portable firearm. I used Exhibit 13, an Adams Arms, Model AA-15, .5.56mm caliber semiautomatic rifle, serial number AA0017816, with and without Exhibit 20 attached. I conducted this test in the presence of a Bruel & Kjaer, Nexus Acoustic Conditioner Amplifier, calibrated precision sound-level meter, and recorded the results.

Exhibit 20 threads directly to the muzzle end of Exhibit 13.

I followed the standard operating procedures established by ATF for conducting the testing. During this procedure, a pre and post self-test calibration verification procedure was automatically conducted. The instrument passed both the pre and post self-test calibration verifications. The results of the testing are as follows:

| | | |
|---|---|---|
| Exhibit 13 without Exhibit 20 attached | (5-shot average) | 164.71 decibels |
| Exhibit 13 with Exhibit 20 attached | (5-shot average) | 163.08 decibels |

ATF Form    3311.2
Revised September 2014

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 11

The sound reduction recorded was <u>1.63 decibels</u>. The test results establish that Exhibit 20 is capable of diminishing the sound report of a portable firearm.

During the sound comparison testing, the section of yellow wire was subsequently blown off of the Exhibit by the rapidly expanding gasses within the Exhibits outer tube.

**Exhibit 21** is a metal cylindrical device, black in color, approximately 11.56 inches in length, and approximately 1.68 inches at its major diameter. The design of the Exhibit is comparable to the design described in the attached U.S. Patent 9,086,248.

My examination revealed that Exhibit 21 does not have a serial number or marks of identification associated with the maker or manufacturer. I was not able to determine a location of manufacture for Exhibit 21.

I disassembled Exhibit 21 and found that the **outer tube** has no threads on its interior surface. The Exhibit has a **monolithic baffle core** with an integral rear end-cap which has a hole threaded to 1/2-28 TPI. The monolithic baffle core also has an unknown external thread pitch on its forward section that matches the internal thread pitch of the front **end-cap** received. The monolithic baffle core has a center hole along the entirety of its longitudinal axis approximately .47 inch in diameter that facilitates the passage of a projectile.

A monolithic baffle core is an internal silencer part consisting of a series of integral **expansion chambers** separated by baffles designed to aid in capturing, cooling, diverting, diffusing, and slowing the hot gases created by burning propellant powder.

Monolithic baffle cores are typically cast or machined from a single piece of metal or stock and are designed to be enclosed by an outer tube to contain the expanding hot gases upon a shot being fired from a portable firearm. Improvised silencers utilize a wide variety of attachment methods. It is common for an improvised silencer user to employ threaded adapters to modify a firearm to fit an improvised silencer.

As received, Exhibit 21 is a device for silencing, muffling, or diminishing the report of a portable firearm; therefore, Exhibit 21 is a *"firearm silencer"* or *"firearm muffler"* as defined.

I conducted sound comparison testing of Exhibit 21 at the ATF test facility located in Martinsburg, West Virginia, on May 23, 2023, utilizing commercially available, Federal brand, .223 REM caliber ammunition. I conducted this testing to determine the effectiveness of Exhibit 21 in diminishing the report of a portable firearm. I used Exhibit 13, an Adams Arms, Model AA-15, .5.56mm caliber semiautomatic rifle, serial number AA0017816, with and without Exhibit 21 attached. I conducted this test in the presence of a Bruel & Kjaer, Nexus Acoustic Conditioner Amplifier, calibrated precision sound-level meter, and recorded the results. Exhibit 21 threads directly to the muzzle end of Exhibit 13.

I followed the standard operating procedures established by ATF for conducting the testing. During this procedure, a pre and post self-test calibration verification procedure was automatically conducted. The instrument passed both the pre and post self-test calibration verifications. The results of the testing are as follows:

Special Agent Ryan Temm                                                     768010-23-0007
                                                                            2023-589-WAM
                                                                            Page 12

| | | |
|---|---|---|
| Exhibit 13 without Exhibit 21 attached | (5-shot average) | 164.84 decibels |
| Exhibit 13 with Exhibit 21 attached | (5-shot average) | 151.91 decibels |

The sound reduction recorded was <u>12.93 decibels</u>. The test results establish that Exhibit 21 is capable of diminishing the sound report of a portable firearm.

**<u>Conclusions:</u>**

**Exhibit 12** is a weapon which will expel a projectile by the action of an explosive and contains the receiver of such a weapon; therefore, it is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(A)&(B).

**Exhibit 12** is a "**machinegun**" as defined in 18 U.S.C. § 921 (a)(24).

**Exhibit 12** is a weapon which shoots, automatically more than one shot, without manual reloading, by a single function of the trigger, and incorporates the receiver of such a weapon; therefore, it is a "**machinegun**" as defined in 26 U.S.C. § 5845(b).

**Exhibit 12**, being a machinegun, is also a "**firearm**" as defined in 26 U.S.C. § 5845(a)(6).

**Exhibit 12** bears no NFA manufacturers marks of identification or serial numbers as required by 26 U.S.C. § 5842.

**Exhibit 13** is a weapon which will expel a projectile by the action of an explosive and contains the receiver of such a weapon; therefore, it is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(A)&(B).

**Exhibit 13** is not subject to regulation under NFA provisions.

**Exhibit 13A,** being a device for silencing, muffling, or diminishing the report of a portable firearm, is a "**firearm silencer**" as defined in 18 U.S.C. § 921(a)(25).

**Exhibit 13A**, being a "firearm silencer", is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(C).

**Exhibit 13A**, being a "firearm silencer", is a "**firearm**" as defined in 26 U.S.C. § 5845(a)(7).

**Exhibit 13** bears no NFA manufacturer's marks of identification or serial number as required by 26 U.S.C. § 5842.

**Exhibit 14** is a weapon which will expel a projectile by the action of an explosive and contains the receiver of such a weapon; therefore, it is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(A)&(B).

**Exhibit 14** is not subject to regulation under NFA provisions.

**Exhibit 19** is a weapon which is designed to expel a projectile by the action of an explosive and contains the receiver of such a weapon; therefore, it is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(A)&(B).

Special Agent Ryan Temm

768010-23-0007
2023-589-WAM
Page 13

**Exhibit 19** is not subject to regulation under NFA provisions.

**Exhibit 20,** being a device for silencing, muffling, or diminishing the report of a portable firearm, is a "**firearm silencer**" as defined in 18 U.S.C. § 921(a)(25).

**Exhibit 20**, being a "firearm silencer", is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(C).

**Exhibit 20**, being a "firearm silencer", is a "**firearm**" as defined in 26 U.S.C. § 5845(a)(7).

**Exhibit 20** bears no NFA manufacturer's marks of identification or serial number as required by 26 U.S.C. § 5842.

**Exhibit 21,** being a device for silencing, muffling, or diminishing the report of a portable firearm, is a "**firearm silencer**" as defined in 18 U.S.C. § 921(a)(25).

**Exhibit 21**, being a "firearm silencer", is a "**firearm**" as defined in 18 U.S.C. § 921(a)(3)(C).

**Exhibit 21**, being a "firearm silencer", is a "**firearm**" as defined in 26 U.S.C. § 5845(a)(7).

**Exhibit 21** bears no NFA manufacturer's marks of identification or serial number as required by 26 U.S.C. § 5842.

Examined by:                                    Approved by:


_____        _____
Wayne A. Moser Jr                               Cody Toy
Firearms Enforcement Officer                    Chief, Firearms Technology Criminal Branch

Attachment:  29 pages bearing photographs and U.S. Patent 9,086,248.

**Enclosed is a Firearms Technology Criminal Branch report provided in response to your request for assistance.  Please be aware that these documents constitute "taxpayer return information" that is subject to the strict disclosure limitations provided in 26 U.S.C. § 6103.  Exceptions to the non-disclosure provisions that permit the disclosure internally within ATF are set forth in 26 U.S.C. §§ 6103(h)(2)(C) and (o)(1).  Any further disclosure of these reports is strictly limited and must be reviewed and approved by the Office of Chief Counsel prior to any information dissemination. Failure to adhere to the disclosure limitations provided in 26 U.S.C. § 6103 could result in civil and/or criminal liability.**

**EXHIBIT 12**

768010-23-0007
2023-589-WAM
1 of 29





EXHIBIT 12 MARKINGS AND SERIAL NUMBER
Pageid#: 183

768010-23-0007
2023-589-WAM
2 of 29



# EXHIBIT 12 SAFETY SELECTOR POSITIONS

768010-23-0007
2023-589-WAM
3 of 29

## SAFE



## FIRE



## UNMARKED AUTOMATIC



Case 1:23-cr-00024-MRB-SKB   Document 34-4   Filed 04/30/23   Page 17 of 42
Pageid#: 185

768010-23-0007
2023-589-WAM







Case 2:25-cr-00062-MJH Document 65-14 Filed 06/20/25 Page 18 of 42
Pageid#: 186



# EXHIBIT 12 MEASUREMENTS
## Pageid#: 187







EXHIBIT 13 AS RECEIVED WITH EXHIBIT 13A (RED) INSTALLED

Case 1:23-cr-00048-RMR Document 67-13 Filed 10/16/23 Page 21 of 42

Pageid#: 188





EXHIBIT 13 WITHOUT EXHIBIT 13A
Pageid#: 189

768010-23-0007
2023-589-WAM
8 of 29





EXHIBIT 13 MARKINGS AND SERIAL NUMBER
Pageid#: 190



EXHIBIT 12 MEASUREMENTS







768010-23-0007
2023-589-WAM
11 of 29






Case 4:23-cr-00005-KDB-WCCM Document 85-3 Filed 06/20/23 Page 25 of 42





# EXHIBIT 14

768010-23-0007
2023-589-WAM
13 of 29





# EXHIBIT 14 FIRE CONTROL CAVITY AND NFC BUFFER AND BUFFER SPRING USED FOR TEST FIRING

Case 8:23-cv-00609-WFN-KJM   Document 55-1   Filed 05/26/23   Page 27 of 42
Pageid#: 195




768010-23-0007
2023-589-WAM
15 of 29







# EXHIBIT 19 RECEIVER AND MATERIAL REMOVED FROM THE FIRE CONTROL CAVITY

Case 2:23-cr-00022-WFN-1    ECF No. 106-19    filed 06/26/23    PageID.197    Page 29 of 42
Pageid#: 197







EXHIBIT 20

768010-23-0007
2023-589-WAM
17 of 29





# GREY/BLACK RESIDUE FOUND INSIDE EXHIBIT 20
Pageid#: 199

768010-23-0007
2023-589-WAM
18 of 29





EXHIBIT 21
Pageid#: 200

768010-23-0007
2023-589-WAM
19 of 29





768010-23-0007

US009086248B2

(12) **United States Patent**
Young et al.

(10) **Patent No.:**    **US 9,086,248 B2**
(45) **Date of Patent:**    **Jul. 21, 2015**

(54) **SOUND SUPPRESSOR**

(71) Applicant: **GEMINI TECHNOLOGIES, INC.,**
Eagle, ID (US)

(72) Inventors: **N Blake Young**, Boise, ID (US); **Philip
H Dater**, Boise, ID (US)

(73) Assignee: **Gemini Technologies, Inc.**, Eagle, ID
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/311,526**

(22) Filed: **Jun. 23, 2014**

(65) **Prior Publication Data**
US 2014/0374189 A1    Dec. 25, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/838,382, filed on Jun.
24, 2013.

(51) **Int. Cl.**
**F41A 21/30**    (2006.01)
(52) **U.S. Cl.**
CPC ...................................... **F41A 21/30** (2013.01)
(58) **Field of Classification Search**
CPC .................................................... F41A 21/00
USPC ............................................ 181/223; 89/14.4
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| 2,870,679 | A | 1/1959 | Collins |
| 2,900,875 | A | 8/1959 | Fergus et al. |

| 4,024,791 | A | 5/1977 | Stratman | |
| 4,584,924 | A | 4/1986 | Taguchi | |
| 4,664,014 | A | 5/1987 | Hawley et al. | |
| 5,596,161 | A | 1/1997 | Sommers | |
| 6,837,139 | B2 | 1/2005 | Meyers | |
| 7,073,426 | B1 | 7/2006 | White | |
| 7,302,774 | B2 | 12/2007 | Meyers | |
| 7,325,474 | B2 * | 2/2008 | Yoshimura et al. | ............ 89/14.4 |
| 7,587,969 | B2 | 9/2009 | Silvers | |
| 7,856,914 | B2 * | 12/2010 | Shults et al. | .................. 89/14.4 |
| 7,861,636 | B1 | 1/2011 | Hoffman | |
| 7,874,238 | B2 | 1/2011 | Silvers | |
| 7,905,170 | B1 | 3/2011 | Brittingham et al. | |
| 7,931,118 | B1 * | 4/2011 | Cronhelm | ..................... 181/223 |
| 8,015,908 | B2 | 9/2011 | Kline et al. | |
| 8,096,222 | B2 | 1/2012 | Silvers | |

(Continued)

OTHER PUBLICATIONS

Liberty Essence Core, 2012 Hill Country Class 3, http://www.
silencershop.com/wp-content/uploads/images/products/liberty__es-
sence__5.jpg, accessed May 6, 2014, publication date unknown.

(Continued)

*Primary Examiner* — Forrest M Phillips
(74) *Attorney, Agent, or Firm* — Young Basile Hanlon &
MacFarlane P.C.

(57)    **ABSTRACT**

A monocore for a sound suppressor that significantly
enhances the trapping and delay of the gases exiting from the
sound suppressor due to the design, location, and configura-
tion of slanted baffles and angled half-baffles, and a plurality
of rods. The slanted baffles help define the blast chamber,
expansion chambers, and exit chamber of the monocore. The
plurality of rods may be positioned in the blast chamber or the
expansions chambers. The plurality of rods may vary in
length. The plurality of rods may also replace the angled
half-baffles.

**20 Claims, 4 Drawing Sheets**





768010-28-0007
2023-589-WAM
21 of 29

**US 9,086,248 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,100,224 | B1 * | 1/2012 | Olson ......................... 181/223 |
| 8,104,394 | B2 | 1/2012 | Meyers |
| 8,104,570 | B2 | 1/2012 | Miller et al. |
| 8,162,100 | B2 | 4/2012 | Shults et al. |
| 8,167,084 | B1 * | 5/2012 | Moore ........................ 181/223 |
| 8,171,840 | B2 | 5/2012 | Kline et al. |
| 8,292,025 | B1 | 10/2012 | Woodell et al. |
| 8,307,946 | B1 | 11/2012 | Johnston |

| | | | |
|---|---|---|---|
| 8,528,691 | B1 * | 9/2013 | Carmichael et al. .......... 181/223 |
| 2010/0163336 | A1 * | 7/2010 | Presz et al. ................... 181/223 |
| 2011/0186377 | A1 * | 8/2011 | Kline et al. .................. 181/223 |
| 2014/0262604 | A1 * | 9/2014 | Proske ......................... 181/223 |

OTHER PUBLICATIONS

Liberty_kodiak TL Core, 2012 Hill Country Class 3, http://www.
silencershop.com/wp-content/uploads/images/products/liberty_
kodiak_tl_4.jpg, accessed May 6, 2014, publication date unknown.

* cited by examiner



**FIG. 1**

768040-28-0007
2023-589-WAM
23 of 29



**FIG. 2**



**FIG. 3**

**FIG. 4**

768010-28-0007
2023-589-WAM
24 of 29



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**

US 9,086,248 B2

**1**

**SOUND SUPPRESSOR**

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application claims benefit of U.S. Provisional Application Ser. No. 61/838,382, filed on Jun. 24, 2013, which is incorporated herein in its entirety by reference.

TECHNICAL FIELD

This disclosure relates generally to sound suppressors. More particularly, it relates to sound suppressors for firearms featuring a monocore construction.

BACKGROUND

The field of firearm sound suppressors has seen many improvements resulting in higher sound reduction levels and a reduction in size. Firearm sound suppressors work by trapping and delaying the exit of the high pressure muzzle gases from a firearm when the firearm is discharged. Creation of turbulence is one technique used to enhance the trapping of the gases with a subsequent delay in the exit of the gases from a sound suppressor. If a sound suppressor is very effective at trapping and delaying the exit of the gases, this results in a lower sound level coming from the firearm.

When firearm sound suppressors are used, a phenomenon known as "First Round Pop" occurs when a shot is fired through the sound suppressor for the first time. The first shot is louder than second or subsequent shots due to the presence of oxygen in the sound suppressor. Once the oxygen is burnt up, the subsequent shots are quieter. What is needed is a sound suppressor that minimizes the sound of the first shot that is fired through the sound suppressor.

Firearm sound suppressors usually feature either use of discrete or individual components or a monolithic construction where the main structure is of one piece. The latter method of construction has become more popular over the last decade due to the use of Computer Numerically Controlled (CNC) machinery to produce a one-piece core, referred to herein as a "monocore," that has the baffle structure machined from one piece of metal. Until recently, the discrete technology suppressor has produced better sound reduction than the monocores. Current monocores are close to the discrete technology suppressor in efficiency and sound reduction levels but do not meet or exceed the efficiency levels of the discrete technology suppressor.

SUMMARY

A monocore for a firearm sound suppressor has a first side, a second side, a first portion, a second portion, a projectile passageway, an exit chamber, and at least one expansion chamber. The first side is configured for engagement with the firearm. The second side is spaced a longitudinal distance from the first side. The exit chamber is positioned near the second side. The first portion extends longitudinally between the first side and the second side. The second portion is spaced a width direction from the first portion and extends longitudinally between the first side and the second side. The projectile passageway extends longitudinally from the first side to the second side for a projectile from the firearm to travel through. The at least one expansion chamber is formed by two oppositely opposed slanted baffles and at least one of either the first portion or the second portion. An angled half baffle is positioned within the at least one expansion chamber. The

**2**

angled half baffle extends from the at least one of either the first portion or the second portion toward the projectile passageway.

In an alternative embodiment, a monocore for a firearm sound suppressor has a first side, a second side, a first portion, a second portion, a projectile passageway, an exit chamber, a blast chamber, at least one expansion chamber, and a plurality of rods. The first side is configured for engagement with the firearm. The second side is spaced a longitudinal distance from the first side. The exit chamber is positioned near the second side. The blast chamber is positioned near the first side. The first portion extends longitudinally between the first side and the second side. The second portion is spaced a width direction from the first portion and extends longitudinally between the first side and the second side. The projectile passageway extends longitudinally from the first side to the second side for a projectile from the firearm to travel through. The at least one expansion chamber is formed by two oppositely opposed slanted baffles and at least one of either the first portion or the second portion. An angled half baffle is positioned within the at least one expansion chamber. The angled half baffle extends from the at least one of either the first portion or the second portion toward the projectile passageway. The plurality of rods are axially oriented and positioned around the projectile passageway.

In another alternative embodiment, a monocore for a firearm sound suppressor has a first side, a second side, a first portion, a second portion, a projectile passageway, an exit chamber, at least one expansion chamber, and a plurality of rods. The first side is configured for engagement with the firearm. The second side is spaced a longitudinal distance from the first side. The exit chamber is positioned near the second side. The first portion extends longitudinally between the first side and the second side. The second portion is spaced a width direction from the first portion and extends longitudinally between the first side and the second side. The projectile passageway extends longitudinally from the first side to the second side for a projectile from the firearm to travel through. The at least one expansion chamber is formed by two oppositely opposed slanted baffles and at least one of either the first portion or the second portion. The plurality of rods are positioned between the oppositely opposed slanted baffles and extend from at least one of either the first portion or the second portion toward the projectile passageway.

BRIEF DESCRIPTION OF THE DRAWINGS

The description herein makes reference to the accompanying drawings, in which:

FIG. **1** is an exploded perspective view of a sound suppressor for a firearm;

FIG. **2** is a side view of a first embodiment of a monocore;

FIG. **3** is a side perspective view of the monocore of FIG. **2**;

FIG. **4** is a side view of the monocore in a second embodiment;

FIG. **5** is a side view of the monocore in a third embodiment;

FIG. **6** is a side view of the monocore in a fourth embodiment;

FIG. **7** is a side view of the monocore in a fifth embodiment;

FIG. **8** is a side view of the monocore in a sixth embodiment; and

768010-28-0007
2023-589-WAM
27 of 29

US 9,086,248 B2

3

FIG. **9** is a side view of the monocore in a seventh embodiment.

DETAILED DESCRIPTION

The disclosure herein relates to sound suppressors for firearms. The sound suppressors discussed herein have monocores with unique features that significantly enhance the trapping and delay of the gases exiting from the sound suppressor when a bullet is fired from the firearm to which the sound suppressor is attached.

FIG. **1** shows a sound suppressor **10** that includes a monocore **20** and a housing **90**. The housing **90** is a hollow, tubular structure that extends longitudinally from a first end **91** to a second end **92**. The housing **90** is made of a suitable material, such as metal or metal alloy. The first end **91** and the second end **92** are open, forming an inner surface **93** and an outer surface **94** that extend from the first end **91** to the second end **92**. Near the first end **91**, the inner surface **93** may be configured for attachment to the monocore **20**. An example of such a configuration is threading. The housing **90** must be slightly larger than the monocore **20**, such that when the monocore **20** is inserted into the housing **90**, the inner surface **93** of the housing **90** is in continuous contact with the monocore **20**.

The monocore **20** is a one-piece tubular structure made of a suitable material, such as metal or metal alloy, having a first side **21**, a second side **22**, a first portion **23**, a second portion **24**, an outer surface **25**, and an inner surface **26**. The first side **21** is a spaced a longitudinal distance from the second side **22**. The first portion **23** is spaced a width direction from the second portion **24**. The outer surface **25** is spaced a width direction from the inner surface **26**. The first portion **23** and the second portion **24** extend longitudinally between the first side **21** and the second side **22**. The first portion **23** and the second portion **24** are formed by the outer surface **25**, the inner surface **26**, a blast chamber **30**, at least one expansion chamber **40**, and an exit chamber **50**. Near the first side **21**, the outer surface **25** may be configured for engagement with the inner surface **93** of the housing **90**. This is shown as threading **27**.

As shown, the first side **21** is an end cap, and the second side **22** is an integrally formed disc-like structure. It is anticipated that the first side **21** could be an integrally formed disc-like structure and that the second side **22** could be an end cap. The first side **21** and the second side **22** are closed except for an aperture **28**. The size of the aperture **28** will depend on the caliber of the firearm. The larger the caliber is, the larger the aperture **28** will need to be so that a bullet (not shown) may travel through it.

Shown in FIGS. **2-3**, a bore that extends longitudinally through the center of the monocore **20** from the first side **21** to the second side **22** defines a projectile passageway P. The projectile passageway P may be circular and allows for the bullet to travel through the monocore **20** from the first side **21** to the second side **22** of the monocore **20**. The size of the projectile passageway P must be large enough and free of obstructions, so that the bullet may travel without impediment through the monocore **20**. The size of the projectile passageway P will vary depending on the caliber of the firearm the sound suppressor **10** is attached to. The larger the caliber of the firearm is, the larger the projectile passageway P will need to be.

Each expansion chamber **40** is a generally triangular void formed in the monocore **20**. Each expansion chamber **40** is defined by a first slanted baffle **41**, a second slanted baffle **42**, and a base **43**. The first slanted baffle **41** and the second slanted baffle **42** are solid partitions with a circular aperture

4

**49** that, while angled, create a barrier with the inner surface **93** of the housing **90** when the monocore **20** is inserted into the housing **90** so that fluid or air can only flow through the circular aperture **49** to move through the monocore **20**. The first slanted baffle **41** and the second slanted baffle **42** are oppositely opposed and extend from the first portion **23** to the second portion **24** of the monocore **20**. The first slanted baffle **41** is closer to the first side **21** of the monocore **20** than the second slanted baffle **42**, and the second slanted baffle **42** is closer to the second side **22** of the monocore **20** than the first slanted baffle **41**. The first slanted baffle **41** and the second slanted baffle **42** are furthest away from one another near the base **43** and closest to one another near a tip **44**. The base **43** of the expansion chamber **40** is adjacent to either the first portion **23** or the second portion **24** of the monocore **20**. When more than one expansion chamber **40** is present, each adjacent expansion chamber **40** is rotated 180 degrees so that the base **43** of each expansion chamber **40** alternates from being adjacent to the first portion **23** of the monocore **20** to being adjacent to the second portion **24** of the monocore **20**.

The first slanted baffle **41** has a first surface **45** that faces the first side **21** of the monocore and a second surface **46** that faces the second side **22** of the monocore **20**. The second slanted baffle **42** has a first surface **47** that faces the first side **21** of the monocore **20** and a second surface **48** that faces the second side **22** of the monocore **20**.

In each expansion chamber **40**, an angled half baffle **39** may be positioned between the first slanted baffle **41** and the second slanted baffle **42**. The angled half baffle **39** is a solid, slanted partition that extends from the inner surface **26** of the monocore **20** toward the projectile passageway. The angled half baffle **39** may be integrally formed with the monocore **20**. The angled half baffle **39** may be located adjacent to either the first portion **23** or the second portion **24** of the monocore **20**. The angled half baffle **39** creates a barrier with the inner surface **93** of the housing **90** when the monocore **20** is inserted into the housing **90** such that fluid cannot pass through it, because the area between the projectile passageway P and the respective one of the first portion **23** or the second portion **24** from which the angled half baffle **39** extends is blocked by the angled half baffle **39**. Instead, fluid traveling through the expansion chamber **40** is forced to travel adjacent to one of the first portion **23** or the second portion **24** that is located opposite the angled half baffle **39**.

A free end **38** of the angled half baffle **39** is positioned near the projectile passageway P. No portion of the angled half baffle **39** may extend into the projectile passageway P. If any portion of the angled half baffle **39** extends into the projectile passageway P, an aperture must be formed near the free end **38** so that the bullet may pass through the projectile passageway P without being impeded. The length that the angled half baffle **39** extends away from the inner surface **26** of the monocore **20** will vary depending on the caliber of the firearm, because the size of the projectile passageway P is dependent on the caliber of the firearm. The larger the projectile passageway P be, the less distance that the angled half baffle **39** can extend away from the inner surface **26** of the monocore **20** toward the projectile passageway P.

Although any number of expansion chambers **40** may be used, three expansion chambers **40***a*, **40***b*, **40***c* are shown. The first expansion chamber **40***a* is positioned closest to the first side **21** of the monocore **20**, and the third expansion chamber **40***c* is positioned closest to the second side **22** of the monocore **20**. The second expansion chamber **40***b* is positioned between the first expansion chamber **40***a* and the third expansion chamber **40***c*. Because multiple expansion chambers **40***a*, **40***b*, **40***c* are present, the second expansion chamber **40***b*

US 9,086,248 B2

| 5 | 6 |

is rotated 180 degrees from the first expansion chamber 40*a* and the third expansion chamber 40*c*. This results in second slanted baffle 42 of the first expansion chamber 40*a* being located adjacent to the first slanted baffle 41 of the second expansion chamber 40*b*, and the second slanted baffle 42 of the second expansion chamber 40*b* being located adjacent to the first slanted baffle 41 of the third expansion chamber 40*c*.

A blast plate 31 is a circular disc formed near the first side 21 of the monocore 20. The blast plate 31 may be integrally formed with the monocore 20. Because the projectile passageway P also extends through the blast plate 31, the blast plate 31 has a circular aperture 32 that is large enough for the bullet to pass through. A hollow space 33 is formed between the first side 21 and the blast plate 31. The blast chamber 30 is a generally triangular void formed by the blast plate 31 and the first slanted baffle 41 of the expansion chamber 40 that is closest to the first side 21.

The exit chamber 50 is a generally triangular void formed by the second side 22 and the second slanted baffle 42 of the expansion chamber 40 that is closest to the second side 22. An angled half baffle 51 may be integrally formed in the exit chamber 50 and extend toward the projectile passageway P. The angled half baffle 51 is a solid, slanted partition that extends from the inner surface 26 of the monocore 20 toward the projectile passageway. The angled half baffle 39 may be integrally formed with the monocore 20. The angled half baffle 51 may be located adjacent to either the first portion 23 or the second portion 24 of the monocore 20. The angled half baffle 51 may slant toward the first side 21 or the second side 22 of the monocore. As shown, the angled half baffle 51 slants toward the first side 21. The angled half baffle 39 creates a barrier with the inner surface 93 of the housing 90 when the monocore 20 is inserted into the housing 90 such that fluid or air cannot pass through it. If any portion of the angled half baffle 51 extends into the projectile passageway P, an aperture must be formed in the angled half baffle 51 so that the bullet may pass through without being impeded.

The blast plate 31 may be provided with a plurality of rods 70 that are axially oriented and positioned around the projectile passageway P. Each rod of the plurality of rods 70 may vary in length to minimize harmonic resistance. The plurality of rods 70 may be integrally formed with the monocore 20. As shown, the cross-sectional shape of the rods 70 is rectangular, and the rods 70 extend toward the second side 22 of the monocore 20. It is anticipated that the rods could have another shape, such as circular. While the plurality of rods 70 are shown as being positioned symmetrically around the projectile passageway P on the blast plate 31, the positioning may be asymmetrical.

The arrangement and positioning of the plurality of rods 70 is caliber dependent and may vary from caliber to caliber. Because the pressure of muzzle gases varies from caliber to caliber and barrel length, the length and positioning of the rods 70 is dependent upon the pressure of the muzzle gases and upon the position of any slanted baffles 41, 42 in the monocore 20.

The plurality of rods 70 have been found to increase turbulence in the blast chamber 30, the expansion chambers 40, and the exit chamber 50. The plurality of rods 70 have also been found to assist in the maximum delaying of the gases from the sound suppressor 10. The increased surface area of the plurality of rods 70 helps provide initial gas cooling, which results in an unexpected benefit to the overall performance of the sound suppressor 10. The plurality of rods 70 in the blast chamber 30 helps reduce the "First Round Pop" effect.

In alternative embodiments, the plurality of rods 70 may be provided elsewhere in the monocore 20. In FIG. 4, a plurality of rods 71 are provided in the first side 21 of a monocore 121. The slanted baffles 41, 42 may also be provided with the plurality of rods 70, as shown in FIGS. 5-8. Generally, the plurality of rods 70 on the slanted baffles 41, 42 are positioned so that only one surface 45-48 within each expansion chamber 40 is provided with rods. In FIG. 5, a plurality of rods 72 are shown on the surfaces 45-48 that face toward the second side 22 of a monocore 122. In FIG. 6, a plurality of rods 73 are shown on the surfaces 45-48 that face toward the first side 21 of a monocore 123. In FIGS. 7-8, a plurality of rods 74, 75 alternate surfaces 45-48 between each adjoining expansion chamber 40 in monocores 124, 125. For example, in FIG. 7, the rods 74 are positioned on the first surfaces 47 of the second slanted baffles 42 in the first expansion chamber 40*a* and the third expansion chamber 40*c*, and the rods 74 are positioned on the second surface 46 of the first slanted baffle 41 in the second expansion chamber 40*b*. In FIG. 8, the rods 75 are positioned on the second surfaces 46 of the first slanted baffles 41 in the first expansion chamber 40*a*, and the rods 75 are positioned on the first surface 46 of the second slanted baffle 42 in the second expansion chamber 40*b*.

In another, alternative embodiment, a plurality of rods 76 may replace the angled half baffles 39 in the expansion chamber 40, as shown in FIG. 9. The plurality of rods 76 may be integrally formed with a monocore 126. The plurality of rods 76 are located between the first slanted baffles 41 and the second slanted baffles 42. The plurality of rods 76 extend away from the inner surface 26 of the monocore 126 toward the projectile passageway P. The length of the plurality of rods 76 can vary; however, no rod 76 can be longer than the distance between the inner surface 26 of the monocore 126 and the projectile passageway P. Otherwise, the rods 76 would interfere with the bullet's ability to traverse the projectile passageway P. The plurality of rods 76 may be located adjacent to either the first portion 23 or the second portion 24 of the monocore 126.

To assemble the sound suppressor 10, the monocore 20 is inserted into the housing 90 and secured. The monocore 20 could be secured by twisting the threading 27 on the outer surface 25 of the monocore 20 into the threading on the inner surface 93 of the housing 90 near the first end 91. Alternatively, the monocore 20 could be secured to the housing 90 through the use of an end cap. Once the monocore 20 is securely held inside the housing 90, the sound suppressor 10 may be attached to a firearm. This could be accomplished through the use of a quick connect coupling, such as a bayonet. Other assembly arrangements are possible and would be obvious to those skilled in the art.

While the invention has been shown and described with reference to a certain specific preferred embodiment, modification may now suggest itself to those skilled in the art. Such modifications and various changes in form and detail may be made herein without departing from the spirit and scope of the invention. Accordingly, it is understood that the invention will be limited only by the appended claims.

What is claimed is:

1. A monocore for a firearm sound suppressor, comprising:

a first side configured for engagement with the firearm;

a second side spaced a longitudinal distance from the first side and having an exit chamber;

a first portion that extends longitudinally between the first side and the second side;

a second portion that is spaced a width direction from the first portion and extends longitudinally between the first side and the second side;

US 9,086,248 B2

7

a projectile passageway that extends longitudinally from the first side to the second side for a projectile from the firearm to travel through; and

at least one expansion chamber formed by two oppositely opposed slanted baffles and at least one of either the first portion or the second portion, wherein an angled half baffle is positioned within the at least one expansion chamber and extends from the at least one of either the first portion or the second portion toward the projectile passageway.

**2.** The monocore of claim **1**, wherein the at least one angled half-baffle is parallel to one of the oppositely opposed slanted baffles.

**3.** The monocore of claim **1**, further comprising:

an exit chamber, the exit chamber formed between the at least one expansion chamber and the second side.

**4.** The monocore of claim **3**, wherein the exit chamber has an angled half-baffle extending away from the second side toward the at least one expansion chamber.

**5.** The monocore of claim **1**, further comprising:

a plurality of rods, the plurality of rods axially oriented and positioned around the projectile passageway.

**6.** The monocore of claim **5**, wherein the plurality of rods are integrally formed with the monocore.

**7.** The monocore of claim **5**, further comprising:

a blast chamber formed between the first side and the at least one expansion chamber, wherein the plurality of rods are formed within the blast chamber.

**8.** The monocore of claim **5**, wherein each rod from the plurality of rods has a different length than the other rods from the plurality of rods.

**9.** The monocore of claim **5**, wherein the plurality of rods are formed on at least one of the oppositely opposed slanted baffles.

**10.** The monocore of claim **5**, wherein the plurality of rods are formed on the first side of the monocore.

**11.** A monocore for a firearm sound suppressor, comprising:

a first side configured for engagement with the firearm and having a blast chamber;

a second side spaced a longitudinal distance from the first side and having an exit chamber;

a first portion that extends longitudinally between the first side and the second side;

a second portion that is spaced a width direction from the first portion and extends longitudinally between the first side and the second side;

a projectile passageway extending from the first side to the second side for a projectile from the firearm to travel through;

at least one expansion chamber formed by two oppositely opposed slanted baffles and at least one of either the first portion or the second portion, wherein an angled half baffle is positioned within the at least one expansion chamber and extends from the at least one of either the first portion or the second portion toward the projectile passageway; and

a plurality of rods axially oriented and positioned around the projectile passageway.

**12.** The monocore of claim **11**, wherein the plurality of rods are integrally formed with the monocore.

8

**13.** The monocore of claim **11**, wherein each rod from the plurality of rods has a different length than the other rods from the plurality of rods.

**14.** The monocore of claim **11**, wherein the plurality of rods are formed within the blast chamber.

**15.** The monocore of claim **11**, wherein the plurality of rods are formed on at least one of oppositely opposed slanted baffles.

**16.** The monocore of claim **11**, wherein the plurality of rods are formed on the first side of the monocore.

**17.** A monocore for a firearm sound suppressor, comprising:

a first side configured for engagement with the firearm;

a second side spaced a longitudinal distance from the first side and having an exit chamber;

a first portion that extends longitudinally between the first side and the second side;

a second portion that is spaced a width direction from the first portion and extends longitudinally between the first side and the second side;

a projectile passageway that extends longitudinally from the first side to the second side for a projectile from the firearm to travel through; and

at least one expansion chamber defined by two oppositely opposed slanted baffles and at least one of either the first portion or the second portion, wherein a plurality of rods are positioned within the at least one expansion chamber between the oppositely opposed slanted baffles and each extend transverse to the projectile passageway from a fixed end that is connected to at least of one of the first portion or the second portion toward the projectile passageway to a free end.

**18.** The monocore of claim **17**, wherein the plurality of rods are integrally formed with the monocore.

**19.** The monocore of claim **17**, further comprising:

a blast chamber formed between the first side and the at least one expansion chamber.

**20.** A monocore for a firearm sound suppressor, comprising:

a first side configured for engagement with the firearm;

a second side spaced a longitudinal distance from the first side and having an exit chamber;

a first portion that extends longitudinally between the first side and the second side;

a second portion that is spaced a width direction from the first portion and extends longitudinally between the first side and the second side;

a projectile passageway that extends longitudinally from the first side to the second side for a projectile from the firearm to travel through;

at least one expansion chamber defined by two oppositely opposed slanted baffles and at least one of either the first portion or the second portion, wherein a plurality of rods are positioned between the oppositely opposed slanted baffles and extend from at least of one of the first portion or the second portion toward the projectile passageway; and

an angled half baffle that extends from the second side toward the projectile passageway.

*  *  *  *  *