AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V
RODNEY ALLEN PICKETT

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23CR00009

| PRESIDING JUDGE<br>Michael F. Urbanski, CUSDJ | PLAINTIFF'S ATTORNEY<br>Danielle Stone, Lena Busscher | DEFENDANT'S ATTORNEY<br>Charles Bledsoe, CJA |
|---|---|---|
| TRIAL DATES<br>2/14/2024  Day 1 | COURT REPORTER<br>Cynthia Bragg | COURTROOM DEPUTY<br>Kristin Ayersman |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 02/14/2024 | y | y | Physical Exhibit - Meth from Buy 1, 1/19/2023 )(returned) | Storie |
| 2 | | 02/14/2024 | y | y | Photo - Meth from Buy 1, 1/19/2023 | Storie |
| 3 | | 02/14/2024 | y | y | Physical Exhibit - Meth from Buy 2, 2/8/2023 (returned) | Storie |
| 4 | | 02/14/2024 | y | y | Photo - Meth from Buy 2, 2/28/2023 | Storie |
| 5 | | 02/14/2024 | y | y | Physical Exhibit -Meth from Buy 3, 2/9/2023 (returned) | Storie |
| 6 | | 02/14/2024 | y | y | Photo - Meth from Buy 3, 2/9/2023 | Storie |
| 8 | | 02/14/2024 | y | y | Photo - Pickett residence, exterior front view | Sargent |
| 9 | | 02/14/2024 | y | y | Video: 2 clips of Buy 1, 1/19/2023 - without subtitles | Sargent |
| 10 | | 02/14/2024 | y | y | Video: 5 clips of Buy 2, 2/8/2023 - without subtitles | Sargent |
| 11 | | 02/14/2024 | y | y | Video: 4 clips of Buy 3, 2/9/2023 - without subtitles | Sargent |
| 12 | | 02/14/2024 | y | y | STIPULATION - Pickett Convicted Felon | |
| 14 | | 02/14/2024 | y | y | DEA Lab Report re 2/8/2023 buy, DEA Ex 28, 4/11/2023 | Harper |
| 15 | | 02/14/2024 | y | y | DEA Lab Report re 2/9/2023 buy, DEA Ex 29, 4/11/2023 | Lopez |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 1 of 1