↘AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V
RODNEY ALLEN PICKETT

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23CR00009

| PRESIDING JUDGE<br>Michael F. Urbanski, CUSDJ | PLAINTIFF'S ATTORNEY<br>Danielle Stone, Lena Busscher | DEFENDANT'S ATTORNEY<br>Charles Bledsoe |
|---|---|---|
| TRIAL DATES<br>2/15/2023  Day 2 | COURT REPORTER<br>Cynthia Bragg | COURTROOM DEPUTY<br>Kristin Ayersman |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 118 | | 02/15/2024 | y | y | Demonstrative: Pickett residence layout | Swindall |
| 21-57 | | 02/15/2024 | y | y | Photographs, moved in collectively | Swindall |
| | | | | | 21 - Pickett's bedroom 1 | |
| | | | | | 22- Pickett's bedroom 2 | |
| | | | | | 23 - Pickett's bedroom closet | |
| | | | | | 24 - Safe, 9mm ammunition in bedroom closet | |
| | | | | | 25 - 9mm ammunition in bedroom closet | |
| | | | | | 26- Opened 9mm ammunition in bedroom closet | |
| | | | | | 27 - Opened safe from bedroom closet | |
| | | | | | 28 - Methamphetamine and silencers from the safe | |
| | | | | | 29 - Methamphetamine from the safe | |
| | | | | | 30- Wooden box at foot of Pickett's Bed 2 | |
| | | | | | 31 - Digital scales and baggies in Wooden Box 1 | |
| | | | | | 32 - Digital scales and baggies in Wooden Box 2 | |
| | | | | | 33 - Black box in Pickett's bedroom | |
| | | | | | 34 - Black box from bedroom opened | |
| | | | | | 35 - Meth in Pickett's Bedroom 1 | |
| | | | | | 36 - Meth in Pickett's Bedroom 2 | |
| | | | | | 37 - Baggies in black box in Pickett's bedroom | |
| | | | | | 38 - Meth from Pickett's bedroom combined | |
| | | | | | 39 - Pistol carrying case at foo of Pickett's bed | |
| | | | | | 40 - 22LR ammunition in bag in wooden box | |
| | | | | | 41 - 22LR ammunition in Pickett's bedroom | |
| | | | | | 42 - Wooden dresser in Pickett's bedroom | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                    Page 1 of 4

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V
RODNEY ALLEN PICKETT

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23CR00009

| PRESIDING JUDGE<br>Michael F. Urbanski, CUSDJ | PLAINTIFF'S ATTORNEY<br>Danielle Stone, Lena Busscher | DEFENDANT'S ATTORNEY<br>Charles Bledsoe |
|---|---|---|
| TRIAL DATES<br>2/15/2023  Day 2 | COURT REPORTER<br>Cynthia Bragg | COURTROOM DEPUTY<br>Kristin Ayersman |

| | | | | | Description | |
|---|---|---|---|---|---|---|
| | | | | | 43 - Box of ammunition in Pickett's dresser drawer | |
| | | | | | 44 - Opened ammunition in Pickett's dresser drawer | |
| | | | | | 45 - Box of AR15 style magazines near Pickett's bathroom | |
| | | | | | 46 - AR15 style magazinessnear Pickett's bathroom | |
| | | | | | 47- Loaded AR15 style magazine near Pickett's bathroom | |
| | | | | | 48 - Pickett's living room | |
| | | | | | 49 - Pickett living room and front door | |
| | | | | | 50- AR15 Lower and Gun Parts 1 | |
| | | | | | 51 - AR15 Lower and Gun Parts 2 | |
| | | | | | 52 - AR15 Lower and Gun Parts 3 | |
| | | | | | 53 - Drill press and AR15 Lower in Laundry Room 1 | |
| | | | | | 54 - Drill press and AR15 Lower in Laundry Room 2 | |
| | | | | | 55 - Drill press and AR15 Lower close up | |
| | | | | | 56 - Anarchy flag and ammunition in kitchen | |
| | | | | | 57 - Ammunition in kitchen | |
| 58-81 | | 02/15/2024 | y | y | Photographs, moved in collectively | Swindall |
| | | | | | 58 - Adams Arms AR15 style rifle with silencer on bed | |
| | | | | | 59 - Adams Arms AR15 style rifle with silencer up close | |
| | | | | | 60 - Adams Arms AR15 style rifle with loaded magazine | |
| | | | | | 61 - Silencer with Adams Arms AR15 style rifle | |
| | | | | | 62 - 30 round magazine in Adams Arms AR15 style rifle bag | |
| | | | | | 63 - Entertainment center in bedroom with Palmetto machinegun and Sig Sauer .22 caliber pistol | |
| | | | | | 64 - Palmetto machinegun in front of entertainment center | |
| | | | | | 65 - Palmetto machinegun close up 1 | |
| | | | | | 66 - Palmetto machinegun close up 3 | |
| | | | | | 67 - Palmetto machinegun with loaded magazine | |

◥ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V
RODNEY ALLEN PICKETT

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23CR00009

| PRESIDING JUDGE<br>Michael F. Urbanski, CUSDJ | PLAINTIFF'S ATTORNEY<br>Danielle Stone, Lena Busscher | DEFENDANT'S ATTORNEY<br>Charles Bledsoe |
|---|---|---|
| TRIAL DATES<br>2/15/2023  Day 2 | COURT REPORTER<br>Cynthia Bragg | COURTROOM DEPUTY<br>Kristin Ayersman |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 68 - Loaded AR15 style magazine in floor with Palmetto machinegun | |
| | | | | | 69 - Backpack and loaded AR15 style magazine in floor with Palmetto machinegun up close | |
| | | | | | 70 - backpack in floor with Palmetto machinegun | |
| | | | | | 71 - 22LR ammunition from backpack in floor with Palmetto machinegun | |
| | | | | | 72 - Camo backpack with meth on bed in bedroom with Palmetto machinegun | |
| | | | | | 73 - Meth in camo backpack | |
| | | | | | 74 - Sig Sauer .22 caliber piston on bed | |
| | | | | | 75 - Sig Sauer .22 caliber ammunition in bag with Kimber .45 caliber pistol | |
| | | | | | 76 - Entrance to bedroom with Kimber .45 caliber pistol | |
| | | | | | 77 - Kimber .45 caliber pistol on bed | |
| | | | | | 78 - Box of .45 caliber ammunition in bag with Kimber .45 caliber pistol | |
| | | | | | 79 - Opened box of .45 caliber ammunition with Kimber .45 caliber pistol | |
| | | | | | 80 - Evidence retrieved from Pickett's residence 2 | |
| | | | | | 81 - Evidence retrieved from Pickett's residence 1 | |
| 82 | | 02/15/2024 | y | y | PHYS - Box of 9mm ammunition from top of safe in bedroom closet | |
| 83 | | 02/15/2024 | y | y | PHYS - Methamphetamine from safe, ATFE Ex 23 | |
| 84 | | 02/15/2024 | y | y | PHYS - Silencer 1 from safe | Swindall |
| 85 | | 02/15/2024 | y | y | PHYS - Silencer 2 from safe | Swindall |
| 86 | | 02/15/2024 | y | y | PHYS - Wooden box with digital scales, baggies | Swindall |
| 87 | | 02/15/2024 | y | y | PHYS - Black box with baggies | Swindall |
| 88 | | 02/15/2024 | y | y | PHYS - Methamphetamine from black box, ATFE Ex 24 composite | Swindall |
| 89 | | 02/15/2024 | y | y | PHYS - 22LR ammunition | Swindall |
| 91 | | 02/15/2024 | y | y | PHYS - AR15 style magazines in box near bathroom | Swindall |
| 92 | | 02/15/2024 | y | y | PHYS - Adams Arms rifle | Swindall |
| 93 | | 02/15/2024 | y | y | PHYS - Silencer with Adams Arms rifle | Swindall |
| 94 | | 02/15/2024 | y | y | PHYS - Loaded magazine from Adams Arms rifle | Swindall |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 3 of 4

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V
RODNEY ALLEN PICKETT

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23CR00009

| PRESIDING JUDGE<br>Michael F. Urbanski, CUSDJ | PLAINTIFF'S ATTORNEY<br>Danielle Stone, Lena Busscher | DEFENDANT'S ATTORNEY<br>Charles Bledsoe |
|---|---|---|
| TRIAL DATES<br>2/15/2023  Day 2 | COURT REPORTER<br>Cynthia Bragg | COURTROOM DEPUTY<br>Kristin Ayersman |

| No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses | Witness |
|---|---|---|---|---|---|---|
| 95 | | 02/15/2024 | y | y | PHYS - 30 round magazine in rifle bag | Swindall |
| 96 | | 02/15/2024 | y | y | PHYS - Palmetto State Armory machine gun | Swindall |
| 97 | | 02/15/2024 | y | y | PHYS - Loaded magazine from Palmetto State Armory machine gun | Swindall |
| 99 | | 02/15/2024 | y | y | PHYS - 22LR ammunition on floor with Palmetto machine gun | Swindall |
| 101 | | 02/15/2024 | y | y | PHYS - Sig Sauer .22 caliber pistol | Swindall |
| 102 | | 02/15/2024 | y | y | PHYS - Ammuntion from Sig Sauer .22 caliber pistol | Swindall |
| 103 | | 02/15/2024 | y | y | PHYS - Kimber firearm | Swindall |
| 104 | | 02/15/2024 | y | y | PHYS - Ammunition from Kimber firearm | Swindall |
| 105 | | 02/15/2024 | y | y | PHYS - Box of .45 caliber ammunition with Kimber | Swindall |
| 106 | | 02/15/2024 | y | y | DEA Lab report from 1/19/23 by, 3/31/23 | Wang |
| 107 | | 02/15/2024 | y | y | DEA Lab Report from  3/31/23 SW, Part 1 | Wang |
| 108 | | 02/15/2024 | y | y | DEA Lab Report from  3/31/23 SW, Part 2 | Wang |
| 13 | | 02/15/2024 | y | y | Stipulation  - Pickett Chain of Custody | |
| 16 | | 02/15/2024 | y | y | James Looney Plea Agreement, 1/25/2024 | Looney |
| 16A | | 02/15/2024 | y | y | sealed | Looney |
| 20 | | 02/15/2024 | y | y | Chasity Holbroook Plea Agreement, 10/10/2023 | Holbrook |
| 110 | | 02/15/2024 | y | y | ATF Moser report of examination 5/23/23 | Moser |
| 111 | | 02/15/2024 | y | y | Interstate Nexus Report for firearms | Levesque |
| 112 | | 02/15/2024 | y | y | Interstate Nexus Report for ammunition | Levesque |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 4 of 4