FILED: May 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4406
(2:23-cr-00009-MFU-PMS-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

RODNEY ALLEN PICKETT

  Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered April 28, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*