FILED: June 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4406
(2:23-cr-00009-MFU-PMS-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RODNEY ALLEN PICKETT

    Defendant - Appellant

_____

O R D E R
_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Richardson, Judge Benjamin, and Senior Judge Traxler.

For the Court

/s/ Nwamaka Anowi, Clerk