```
                    UNITED STATES DISTRICT COURT              CLERK'S OFFICE
                 FOR THE WESTERN DISTRICT OF VIRGINIA        U.S. DISTRICT COURT
                          ABINGDON DIVISION                    AT ROANOKE, VA
                                                                   FILED
                                                                July 28, 2025
UNITED STATES OF AMERICA,            :                      LAURA A. AUSTIN, CLERK
        Respondent                   :                     BY: s/ M.Poff, Deputy Clerk
                                     :
v.                                   :   Crim No. 2:23-CR-00009-MFU-PMS-1
                                     :
RODNEY ALLEN PICKETT,                :
        Movant                       :
                                     :
                                     :
```

## AFFIDAVIT OF RODNEY ALLEN PICKETT

I, Rodney Allen Pickett, declare and state as follows:

1. I am the movant in this matter, and I make this declaration in support of my Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255.

2. During the pretrial and trial stages of my case, I was represented by multiple public defenders. I repeatedly informed counsel that the drugs and firearms attributed to me were not mine, and I requested that they obtain forensic testing (e.g. fingerprint or DNA analysis) to prove this fact.

3. I also informed counsel that surveillance cameras at or near my residence could have shown I did not possess the items or engage in the conduct alleged. Body cam footage from the Coeburn Police Department would have provided additional exculpatory evidence regarding what was present in the property before and after my arrest, and co-defendant Looney obtaining the access codes to a safe where the alleged contraband was located after my arrest. Counsel never obtained or reviewed the video footage, to my knowledge.

4. None of my attorneys explained any reason for failing to request testing

1

or retrieve this video evidence, or their failure to review the entirety of the controlled buy videos. I was never informed that these strategies were deliberately rejected. I believed such evidence would prove my innocence.

5. In the pretrial stage, attorney Bledsoe refused to contest the search of my residence based on missing video evidence from the surveillance cameras inside the residence. Mr. Bledsoe wrote me a letter stating his refusal to contest the search despite my claim of exculpatory evidence. This letter is part of my pretrial discovery.

6. Had this evidence been presented to the jury, I believe the outcome of my trial would have been different.

6. I asserted my right to a speedy trial throughout pretrial proceedings. I never consented for attorney John Jessee to surrender this right in his motion to the Court (ECF#58).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 25th day of July, 2025

*Rodney Allen Pickett* (signature)
Rodney Allen Pickett