CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

July 30, 2025

LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case No. 2:23-cr-00009 |
| v. | ) | |
| | ) | |
| RODNEY ALLEN PICKETT, | ) | By: C. Kailani Memmer |
| Defendant/Petitioner. | ) | United States Magistrate Judge |

## ORDER

Rodney Allen Pickett has filed a motion for relief under 28 U.S.C. § 2255. It is hereby

**ORDERED** as follows:

1. The Clerk shall **SERVE** Pickett's motion on the United States Attorney for the Western District of Virginia in accordance with the Agreement on Acceptance of Service.

2. The United States shall answer or otherwise respond to the motion within 60 days of this Order's entry, and Pickett shall have 28 days thereafter to file a response.

3. Pickett shall notify the court immediately upon his transfer or release and provide a new address. FAILURE TO NOTIFY THE COURT OF SUCH A CHANGE WILL RESULT IN DISMISSAL OF THIS ACTION.

4. Pursuant to a Standing Order, all non-dispositive matters in this case are referred to a United States Magistrate Judge.

5. The parties are advised that all mailed pleadings should be sent to the Clerk of Court at 210 Franklin Rd. SW, Suite 540, Roanoke, VA 24011-2208.

6. The Clerk shall **SEND** a copy of this Order to the parties.

It is so **ORDERED**.

ENTERED: July 30, 2025

*C. Kailani Memmer*

C. Kailani Memmer
United States Magistrate Judge