IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | Case No. 2:23-cr-00009 |
| **v.** : | |
| : | |
| **RODNEY ALLEN PICKETT** : | |

### UNITED STATES' MOTION TO EXTEND TIME TO RESPOND

The United States moves for a fourteen-day extension to file its Response to Rodney Allen Pickett's Motion for Relief pursuant to 28 U.S.C. § 2255, currently due on September 26, 2025. Counsel for the United States has been working diligently on its Response, but due to the nature of the of the issues presented and the other time-sensitive demands on Counsel's time, additional time is required to complete the Response and to allow a fulsome review by its Appellate Division.

For these reasons, the United States respectfully requests an additional fourteen days to October 10, 2025, to file its Response.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

s/*Danielle Stone*
Danielle Stone
Assistant United States Attorney
Virginia Bar No. 84503
United States Attorney's Office
180 W. Main Street, Suite B19

Abingdon, Virginia 24210  
Telephone: 276-628-4161  
Fax: 276-628-7399

## CERTIFICATE OF SERVICE

I certify on this date, September 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and caused to be sent a copy via first class mail to:

Rodney Pickett, Reg. No. 55418-510  
FCI Fort Dix  
P.O. Box 2000  
Joint Base MDL, NJ 08640

                                                             /s/ Paula Danielle Stone