CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

9/25/2025

LAURA A. AUSTIN, CLERK
BY: **/s/ Kendra Campbell**
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 2:23-CR-9** |
| | : | |
| **v.** | : | |
| | : | |
| **RODNEY ALLEN PICKETT** | : | |

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration of the United States' Motion to Extend Time to File Response, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED, and the time for the government for file its response to Rodney Allen Pickett's motion for relief under 28 U.S.C. § 2255 is extended to October 10, 2025.

ENTERED this 25th day of September 2025.

C. Kailani Memmer
United States Magistrate Judge