# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Case No. 2:23-cr-00009 |
| ) | |
| RODNEY ALLEN PICKETT ) | |

## MOTION FOR A STAY OF DEADLINE TO RESPOND TO THE PETITION IN LIGHT OF UNITED STATES GOVERNMENT SHUTDOWN

The United States moves to stay its deadline to respond to the Rodney Allen Pickett's petition under 28 U.S.C. § 2255. In support thereof, the Respondent states as follows:

1. At the end of the day on September 30, 2025, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendant are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Responding in civil cases, including petitions under 28 U.S.C. § 2255, do not fall within the scope of that exemption.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the deadline to respond to the Petition until Congress has restored appropriations to the Department.

1

4.  If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government requests a stay of its deadline to respond to the petition in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

s/Danielle Stone
  Danielle Stone
  Assistant United States
  Attorney VA Bar No.: 84503
  United States Attorney's Office
  180 W. Main Street, Suite B-19
  Abingdon, VA 24210
  Telephone: (276) 628-4161
  Facsimile: (276)628-7399
  USAVAW.ECFAbingdon@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record. I also caused a copy to be sent to the petitioner at the following address:

    Rodney Allen Pickett
    Reg. No. 37799-509
    FCI Fort Dix
    P.O. Box 2000
    Joint Base MDL, NJ 08640

                                        s/ Danielle Stone
                                        Assistant United States Attorney