IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Case No. 2:23-cr-00009** |
| **v.** : | |
| : | |
| **RODNEY ALLEN PICKETT** : | |

**UNITED STATES' MOTION TO EXTEND TIME TO RESPOND**

The United States respectfully moves this Court for an extension of time to file a response to Rodney Allen Pickett's Motion for Relief pursuant to 28 U.S.C. § 2255, currently due on October 10, 2025. *See* ECF No. 183. On October 1, 2025, the United States filed a motion to stay the government's deadline to respond in light of the United States Government Shutdown. ECF No. 184. Mr. Pickett opposes this motion. ECF No. 186. As of the time of filing, the Court has not yet ruled on the government's Motion to Stay. Undersigned counsel had begun, but had not yet completed, drafting the government's response in opposition to Mr. Pickett's motion prior to the lapse in appropriations. Until further order from the Court, undersigned counsel is prohibited from working on the response to the Motion for Relief pursuant to 28 U.S.C. § 2255.

Based on the foregoing, the United States requests an extension of the deadline to respond to Mr. Pickett's motion until 14 days after Congress has restored appropriations

to the Department of Justice, or, alternatively, until 14 days after the Court has ruled on the Motion to Stay.

Respectfully submitted,

ROBERT N. TRACCI
Acting United States Attorney

s/*Danielle Stone*
Danielle Stone
Assistant United States Attorney
Virginia Bar No. 84503
United States Attorney's Office
180 W. Main Street, Suite B19
Abingdon, Virginia 24210
Telephone:  276-628-4161
Fax:  276-628-7399

## CERTIFICATE OF SERVICE

I certify on this date, October 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and caused to be sent a copy via first class mail to:

Rodney Pickett, Reg. No. 55418-510
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

/s/ Paula Danielle Stone