CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

April 01, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) Criminal Action No. 2:23-cr-00009 |
| v. | ) |
|  | ) |
| RODNEY ALLEN PICKETT, | ) By:  Michael F. Urbanski |
|  | )       Senior United States District Judge |
| Defendant/Petitioner | ) |

### ORDER

As set forth in the accompanying Memorandum Opinion, the court **DISMISSES** Pickett's motion for relief under § 2255, ECF No. 178. The court **GRANTS** the government's motion to dismiss, ECF No. 190. The court **DENIES** Pickett's request for an evidentiary hearing. The court also **DENIES** his motion for preparation of transcript at government expense, ECF No. 177, and for expedited production of pre-trial transcripts, ECF No. 185, and **DENIES as moot** his motion for judgment and to expedite review of his § 2255 petition, ECF No. 188. Because Pickett has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c) and <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of the Memorandum Opinion and Order to Pickett.

It is so **ORDERED**.

Entered: *April 1, 2026*

Michael F. Urbanski
Senior United States District Judge