**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 1, 2026

_____

RECORD FOLLOW-UP/CORRECTION NOTICE

_____

No.    26-6477,        US v. Rodney Pickett
                       2:23-cr-00009-MFU-1, 2:25-cv-81565-MFU-CKM

TO:   Laura A. Austin

---

[ X] The electronic record does not contain bookmarks. Please transmit a corrected electronic record that includes bookmarks.

---

For appeals in criminal cases, the presentence report and statement of reasons are required. Any highly sensitive documents must be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is anything that will delay transmission of the record, please notify me.

J. Neal, Deputy Clerk
804-916-2702