**Certificate of Service**

I hereby certify that I have caused a true and correct copy of the **Motion for New Trial Based on Newly Discovered Evidence** to be served via First Class U.S. Mail utilizing the prison legal mail system at FCI Fort Dix, thus involving the Prison Mailbox Rule of *Houston v. Lack*, 487 U.S. 266 (1988), to the following party:

United States District Court
Richard H. Poff Federal Bldg.
210 Franklin Rd. S.W., Room 308
PO Box 1234
Roanoke, VA 24011-2204

I further certify that service to all registered CM/ECF users include:

Paula Danielle Stone, DOJ-USAO
Western District of Virginia
310 Cummings Street, Suite A
Abingdon, VA 24210

Is accomplished through CM/ECF notification when documents are scanned and entered into the ECF system.

On this 24 day of June 2026.

FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640