Rodney Pickett, 55418-510
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640

RECEIVED

JUN 25 2026

USDC Clerk's Office
Mail Room




Trenton P&DC NJ 086
MON 22 JUN 2026 PM

Richard H. Poff Federal Bldg.
210 Franklin Rd. S.W.
Room 308
P.O. Box 1234
Roanoke, VA 24011-2204