CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
September 16, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Criminal Action No. 2:23-cr-00009** |
| **v.** | ) | |
| | ) | |
| **RODNEY ALLEN PICKETT,** | ) | **By: Michael F. Urbanski** |
| | ) | **Senior United States District Judge** |
| **Defendant/Petitioner** | ) | |

## ORDER

Pending before the court is Rodney Allen Pickett's pro se motion for new trial based on alleged newly discovered evidence and Brady violations. ECF No. 199. The court hereby **ORDERS** the United States to respond to Pickett's motion **within 30 days** of entry of this order.

It is so **ORDERED**.

Entered: September 16, 2026

Michael F. Urbanski
U.S. District Judge
2026.09.16 10:34:49 -04'00'

Michael F. Urbanski
Senior United States District Judge