**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case No. 2:23-cr-00009** |
| **v.** | : | |
| | : | |
| **RODNEY ALLEN PICKETT** | : | |

**UNITED STATES' MOTION TO EXTEND TIME TO RESPOND**

The United States respectfully moves this Court for an extension of time of 21 days to file a response to Rodney Allen Pickett's Motion for a New Trial Based on Newly Discovered Evidence and Brady Violations, currently due on October 16, 2026. *See* ECF Nos. 199, 201. No prior extensions have been sought by the government or granted. Undersigned counsel has begun but has not completed drafting the government's response to the Motion. Additional time is needed to complete the response in this matter and to allow for appellate division review prior to its filing. Since the defendant filed his motion pro se, counsel did not attempt to contact him for his position on this motion.

Based on the foregoing, the United States requests an extension of the deadline to respond to Mr. Pickett's motion until 21 days from the date of this filing, November 6, 2026.

Respectfully submitted,

s/*Danielle Stone*
Danielle Stone
Assistant United States Attorney
Virginia Bar No. 84503
United States Attorney's Office
180 W. Main Street, Suite B19
Abingdon, Virginia 24210
Telephone: 276-628-4161
Fax: 276-628-7399

## CERTIFICATE OF SERVICE

I certify on this date, October 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and caused to be sent a copy via first class mail to:

Rodney Pickett, Reg. No. 55418-510
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

/s/ Danielle Stone